## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: FTX COLLAPSE LITIGATION** | **MDL Docket 3076** |

### PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on February 10, 2023, a copy of the foregoing Notice of Appearance and this Proof of Service were electronically filed with the Clerk of the JPML by using the CM/ECF and was served on all counsel or parties via email or mail as follows:

| US District Court for the Southern District of Florida | |
|---|---|
| **Norris et al v. Brady et al, Case No.: 1:23-CV-20439** | |
| *Counsel for Plaintiffs:* | *Counsel for Defendant* Thomas Brady |
| Via Electronic Mail | Via Electronic Mail |
| Adam M. Moskowitz | Stephanie Anne Casey |
| The Moskowitz Law Firm, PLLC | Colson Hicks Eidson |
| 2 Alhambra Plaza, Suite 601 | 255 Alhambra Circle, PH |
| Coral Gables, FL 33134-6036 | Coral Gables, FL 33134 |
| 305-740-1423 | 305-476-7400 |
| adam@moskowitz-law.com | 305-476-7444 |
| Via Electronic Mail | scasey@colson.com |
| Jose Manuel Ferrer | Via Electronic Mail |
| Mark Migdal and Hayden | Zachary Andrew Lipshultz |
| 80 SW 8 Street, Suite 1999 | Colson Hicks Eidson |
| Miami, FL 33131 | 255 Alhambra Circle |
| 305-374-0440 | Coral Gables, FL 33134 |
| jose@markmigdal.com | 305-476-7400 |
| Via Electronic Mail | zach@colson.com |
| Joseph M. Kaye | Via Electronic Mail |
| The Moskowitz Law Firm, PLLC | Andrew B. Clubok |
| 2 Alhambra Plaza, Suite 601 | Latham & Watkins LLP |
| Miami, FL 33134 | 555 Eleventh Street, NW, Suite 1000 |
| 305-740-1423 | Washington, DC 20004 |
| joseph@moskowitz-law.com | 202-637-2200 |
| Via Electronic Mail | andrew.clubok@lw.com |
| Stephen N. Zack | |
| Boies Schiller & Flexner | |

| | |
|---|---|
| 100 SE 2nd Street<br>Suite 2800, Miami Tower<br>Miami, FL 33131-2144<br>305-539-8400<br>305-539-1307<br>szack@bsfllp.com | Via Electronic Mail<br>Brittany M.J. Record<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>Brittany.Record@lw.com |
| Via Electronic Mail<br>Ursula Ungaro<br>Boies Schiller Flexner LLP<br>100 SE 2nd Street<br>Suite 2800<br>Miami, FL 33131<br>305-479-6553<br>uungaro@bsfllp.com (Inactive) | Via Electronic Mail<br>Elizabeth A. Greenman<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angels, CA 90067<br>424-653-5500<br>Elizabeth.Greenman@lw.com |
| Via Electronic Mail<br>Alexander Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>aboies@bsfllp.com | Via Electronic Mail<br>Jessica Stebbins Bina<br>Latham & Watkins LLP<br>10250 Constellation Blvd. Suite 1100<br>Los Angeles, CA 90067<br>424-653-5500<br>Jessica.stebbinsbina@lw.com |
| Via Electronic Mail<br>David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>dboies@bsfllp.com | Via Electronic Mail<br>Marvin Putnam<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>424-653-5500<br>Marvin.Putnam@lw.com |
| | Via Electronic Mail<br>Michele D. Johnson<br>Latham & Watkins LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>714-540-1235<br>michele.johnson@lw.com |
| | Via Electronic Mail<br>Susan E. Engel<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>Susan.Engel@lw.com |
| | Via Electronic Mail<br>Roberto Martinez<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse |

Coral Gables, FL 33134-2351
305-476-7400
476-7444
bob@colson.com

*Counsel for Defendant Kevin O'Leary:*
                                    Via Electronic Mail
Brandon Scott Floch
Marcus Neiman Rashbaum & Pineiro LLP
2 South Biscayne Blvd.Suite 2530
Miami, FL 33131
305-434-4943
bfloch@mnrlawfirm.com
                                    Via Electronic Mail
Jeffrey Eldridge Marcus
Marcus Neiman & Rashbaum, LLP
One Biscayne Tower - Suite 1750
2 South Biscayne Boulevard
Miami, FL 33131
305-400-4260
866-780-8355
jmarcus@mnrlawfirm.com
                                    Via Electronic Mail
Jeffrey Adam Neiman
Marcus Neiman & Rashbaum LLP
100 Southeast Third Avenue, Suite 805
Fort Lauderdale, FL 33394
954-462-1200
954-688-2492
jneiman@mnrlawfirm.com
                                    Via Electronic Mail
Michael Anthony Pineiro
Marcus Neiman & Rashbaum LLP
2 S. Biscayne Boulevard, Suite 1750
Miami, FL 33131
305-400-4268
mpineiro@mnrlawfirm.com
                                    Via Electronic Mail
Andrew B. Brettler
Berk Brettler LLP
9119 Sunset Blvd.
West Hollywood, CA 90069
310-278-2111
abrettler@berkbrettler.com

*Counsel for Defendant David Ortiz:*

|  | Via Electronic Mail<br>Christopher Stephen Carver<br>Akerman LLP<br>Three Brickell City Centre Suite 1100<br>98 Southeast Seventh Street<br>Miami, FL 33131<br>305-982-5572<br>305-374-5095<br>christopher.carver@akerman.com |
|  | Via Electronic Mail<br>Jason Samuel Oletsky<br>Akerman LLP<br>201 East Las Olas Boulevard, Ste 1800<br>Fort Lauderdale, FL 33301<br>954-759-8909<br>954-463-2224<br>jason.oletsky@akerman.com |
|  | Via Electronic Mail<br>Katherine Ann Johnson<br>Akerman LLP<br>201 E. Las Olas Blvd., Suite 1800<br>Fort Lauderdale, FL 33301<br>954-463-2700<br>954-463-2224<br>Katie.johnson@akerman.com |

**US District Court for the Southern District of Florida**

**Garrison et al v. Bankman-Fried et al, Case No.:  1:22-CV-23753**

| *Counsel for Plaintiffs:* | *Counsel for Defendants Thomas Brad, Gisele Bundchen, and Lawrence Gene David:* |
|---|---|
| Via Electronic Mail<br>Adam M. Moskowitz<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>305-740-1423<br>adam@moskowitz-law.com | Via Electronic Mail<br>Stephanie Anne Casey<br>Colson Hicks Eidson<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>305-476-7400<br>scasey@colson.com |
| Via Electronic Mail<br>Jose Manuel Ferrer<br>Mark Migdal and Hayden<br>80 SW 8 Street, Suite 1999<br>Miami, FL 33131<br>305-374-0440<br>jose@markmigdal.com | Via Electronic Mail<br>Zachary Andrew Lipshultz<br>Colson Hicks Eidson<br>255 Alhambra Circle<br>Coral Gables, FL 33134<br>305-476-7400<br>zach@colson.com |
| Via Electronic Mail<br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC | Via Electronic Mail<br>Andrew B. Clubok |

| | |
|---|---|
| 2 Alhambra Plaza, Suite 601<br>Miami, FL 33134<br>305-740-1423<br>joseph@moskowitz-law.com<br><div align="right">Via Electronic Mail</div> | Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>andrew.clubok@lw.com<br><div align="right">Via Electronic Mail</div> |
| Stephen N. Zack<br>Boies Schiller & Flexner<br>100 SE 2nd Street<br>Suite 2800, Miami Tower<br>Miami, FL 33131-2144<br>305-539-8400<br>305-539-1307<br>szack@bsfllp.com<br><div align="right">Via Electronic Mail</div> | Brittany M.J. Record<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>Brittany.Record@lw.com<br><div align="right">Via Electronic Mail</div> |
| Ursula Ungaro<br>Boies Schiller Flexner LLP<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br>305-479-6553<br>uungaro@bsfllp.com (Inactive)<br><div align="right">Via Electronic Mail</div> | Elizabeth A. Greenman<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angels, CA 90067<br>424-653-5500<br>Elizabeth.Greenman@lw.com<br><div align="right">Via Electronic Mail</div> |
| Alexander Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>aboies@bsfllp.com<br><div align="right">Via Electronic Mail</div> | Jessica Stebbins Bina<br>Latham & Watkins LLP<br>10250 Constellation Blvd. Suite 1100<br>Los Angeles, CA 90067<br>424-653-5500<br>Jessica.stebbinsbina@lw.com<br><div align="right">Via Electronic Mail</div> |
| David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>dboies@bsfllp.com<br><div align="right">Via Electronic Mail</div> | Marvin Putnam<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>424-653-5500<br>Marvin.Putnam@lw.com<br><div align="right">Via Electronic Mail</div> |
| Tyler Evan Ulrich<br>Boies Schiller and Flexner LLP<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br>305-539-8400<br>Fax: 305-539-1307<br>Email: tulrich@bsfllp.com | Michele D. Johnson<br>Latham & Watkins LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>714-540-1235<br>michele.johnson@lw.com<br><div align="right">Via Electronic Mail</div> |
| | Susan E. Engel<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>202-637-2200 |

Susan.Engel@lw.com

                                    Via Electronic Mail

Roberto Martinez
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134-2351
305-476-7400
bob@colson.com

*Counsel for Defendant Kevin O'Leary:*

                                    Via Electronic Mail

Brandon Scott Floch
Marcus Neiman Rashbaum & Pineiro LLP
2 South Biscayne Blvd.  Suite 2530
Miami, FL 33131
305-434-4943
bfloch@mnrlawfirm.com

                                    Via Electronic Mail

Jeffrey Eldridge Marcus
Marcus Neiman & Rashbaum, LLP
One Biscayne Tower - Suite 1750
2 South Biscayne Boulevard
Miami, FL 33131
305-400-4260
866-780-8355
jmarcus@mnrlawfirm.com

                                    Via Electronic Mail

Jeffrey Adam Neiman
Marcus Neiman & Rashbaum LLP
100 Southeast Third Avenue, Suite 805
Fort Lauderdale, FL 33394
954-462-1200
954-688-2492
jneiman@mnrlawfirm.com

                                    Via Electronic Mail

Michael Anthony Pineiro
Marcus Neiman & Rashbaum LLP
2 S. Biscayne Boulevard, Suite 1750
Miami, FL 33131
305-400-4268
mpineiro@mnrlawfirm.com

                                    Via Electronic Mail

Andrew B. Brettler
Berk Brettler LLP
9119 Sunset Blvd.
West Hollywood, CA 90069

310-278-2111
abrettler@berkbrettler.com

*Counsel for Defendant David Ortiz:*
                                        Via Electronic Mail
Christopher Stephen Carver
Akerman LLP
Three Brickell City Centre Suite 1100
98 Southeast Seventh Street
Miami, FL 33131
305-982-5572
305-374-5095
christopher.carver@akerman.com
                                        Via Electronic Mail
Jason Samuel Oletsky
Akerman LLP
201 East Las Olas Boulevard, Ste 1800
Fort Lauderdale, FL 33301
954-759-8909
954-463-2224
jason.oletsky@akerman.com
                                        Via Electronic Mail
Katherine Ann Johnson
Akerman LLP
201 E. Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301
954-463-2700
954-463-2224
Katie.johnson@akerman.com

*Counsel for William Trevor Lawrence*
                                        Via Electronic Mail
**MGC Law**
Tommy Lydon, Attorney
tlydon@mgclaw.com
1320 Main Street, 10th Floor
Columbia, SC 29201
Main:803-779-2300
Direct:803-227-2292
Fax:803-748-0526

*Counsel for Golden State Warriors, LLC*
                                        Via Electronic Mail
**Gibson, Dunn & Crutcher LLP**
Matthew S. Kahn
555 Mission Street

San Francisco, CA 94105-0921
Tel +1 415.393.8212
Fax +1 415.374.8466
MKahn@gibsondunn.com
*Counsel for Samuel Bankman-Fried*

        Via Electronic Mail

Jeremy D. Mishkin
Montgomery McCracken Walker & Rhoads LLP
1735 Market Street
Philadelphia, PA 19103-7505
Direct: 215-772-7246
jmishkin@mmwr.com

        Via Mail

Defendant, Stephen Curry
28 Selby Ln, Atherton, CA 94027

        Via Mail

Defendant, Shaquille O'Neal
4012 Sahara Ct, Carrollton, TX 75010

        Via Mail

Defendant, Udonis Haslem
5450 SW 192nd Terrace
Southwest Ranches, Florida 33332-3

        Via Mail

Defendant, Shohei Ohtani
2000 Gene Autry Way
Anaheim, California, 92806

        Via Mail

Defendant, Naomi Osaka
9621 Arby Dr.
Beverly Hills, California, 90210

        Via Mail

Consol Defendant, Sam Trabucco
36 Winner Circle,
Wells ME 04090-5174

        Via Mail

Defendant Caroline Ellison
327 Franklin Street
Newton, MA 02458
and

        Via Electronic Mail

c/o Stephanie Avakian
Wilmer Hale
2100 Pennsylvania Avenue NW
Washington DC 20037
Phone: 202-663-6471

|  | stephanie.avakian@wilmerhale.com |
|  | Via Mail |
|  | Defendant Zixiao Gary Wang |
|  | 304 Island Lane |
|  | Egg Harbor Township, NJ 08234 |
|  | and |
|  | Via Electronic Mail |
|  | c/o Alex B. Miller |
|  | Fried Frank |
|  | One New York Plaza |
|  | New York, New York 10004 |
|  | T: +1.212.859.8000 |
|  | ilan.graff@friedfrank.com; |
|  | alex.miller@friedfrank.com |
|  | Via Mail |
|  | Defendant Nishad Singh |
|  | 746 Jennifer Way |
|  | Milpitas, CA 95035 |
|  | and |
|  | Via Electronic Mail |
|  | c/o Andrew Goldstein |
|  | Cooley LLP |
|  | 1299 Pennsylvania Avenue, NW |
|  | Suite 700 |
|  | Washington, DC 20004-2400 |
|  | agoldstein@cooley.com |
|  | +1 202 842 7800 phone |
|  | Via Electronic Mail |
|  | Consol Defendant, Dan Friedberg |
|  | c/o Telemachus P. Kasulis |
|  | Morvillo Abramowitz Grand Iason & Anello PC |
|  | 565 Fifth Avenue |
|  | New York, NY 10017 |
|  | 212.880.9555 |
|  | tkasulis@maglaw.com |

**US District Court for the Southern District of Florida**
**Podalsky et al v. Bankman-Fried et al, Case No.: 1:22-cv-23983**

| *Counsel for Plaintiffs:* | *Counsel for Defendants Thomas Brady,* |
| *Via Electronic Mail* | *Gisele Bundchen, and Lawrence Gene David:* |
|  | *Via Electronic Mail* |
| Adam M. Moskowitz | |
| The Moskowitz Law Firm, PLLC | Stephanie Anne Casey |
| 2 Alhambra Plaza, Suite 601 | Colson Hicks Eidson |
| Coral Gables, FL 33134-6036 | 255 Alhambra Circle, PH |
| 305-740-1423 | Coral Gables, FL 33134 |

| | |
|---|---|
| adam@moskowitz-law.com | 305-476-7400 |
| Via Electronic Mail | 305-476-7444 |
| Jose Manuel Ferrer | scasey@colson.com |
| Mark Migdal and Hayden | Via Electronic Mail |
| 80 SW 8 Street, Suite 1999 | Zachary Andrew Lipshultz |
| 33130 | Colson Hicks Eidson |
| Miami, FL 33131 | 255 Alhambra Circle |
| 305-374-0440 | Coral Gables, FL 33134 |
| jose@markmigdal.com | 305-476-7400 |
| Via Electronic Mail | zach@colson.com |
| Joseph M. Kaye | Via Electronic Mail |
| The Moskowitz Law Firm, PLLC | Andrew B. Clubok |
| 2 Alhambra Plaza, Suite 601 | Latham & Watkins LLP |
| Miami, FL 33134 | 555 Eleventh Street, NW, Suite 1000 |
| 305-740-1423 | Washington, DC 20004 |
| joseph@moskowitz-law.com | 202-637-2200 |
| Via Electronic Mail | andrew.clubok@lw.com |
| Stephen N. Zack | Via Electronic Mail |
| Boies Schiller & Flexner | Brittany M.J. Record |
| 100 SE 2nd Street | Latham & Watkins LLP |
| Suite 2800, Miami Tower | 555 Eleventh Street, N.W., Suite 1000 |
| Miami, FL 33131-2144 | Washington, DC 20004 |
| 305-539-8400 | 202-637-2200 |
| 305-539-1307 | Brittany.Record@lw.com |
| szack@bsfllp.com | Via Electronic Mail |
| Via Electronic Mail | Elizabeth A. Greenman |
| Ursula Ungaro | Latham & Watkins LLP |
| Boies Schiller Flexner LLP | 10250 Constellation Blvd., Suite 1100 |
| 100 SE 2nd Street, Suite 2800 | Los Angels, CA 90067 |
| Miami, FL 33131 | 424-653-5500 |
| 305-479-6553 | Elizabeth.Greenman@lw.com |
| uungaro@bsfllp.com | Via Electronic Mail |
| Via Electronic Mail | Jessica Stebbins Bina |
| Alexander Boies | Latham & Watkins LLP |
| Boies Schiller Flexner LLP | 10250 Constellation Blvd. Suite 1100 |
| 333 Main Street | Los Angeles, CA 90067 |
| Armonk, NY 10504 | 424-653-5500 |
| 914-749-8200 | Jessica.stebbinsbina@lw.com |
| aboies@bsfllp.com | Via Electronic Mail |
| Via Electronic Mail | Marvin Putnam |
| David Boies | Latham & Watkins LLP |
| Boies Schiller Flexner LLP | 10250 Constellation Blvd., Suite 1100 |
| 333 Main Street | Los Angeles, CA 90067 |
| Armonk, NY 10504 | 424-653-5500 |
| 914-749-8200 | Marvin.Putnam@lw.com |
| dboies@bsfllp.com | |

|  | Via Electronic Mail |
|--|---------------------|
|  | Michele D. Johnson |
|  | Latham & Watkins LLP |
|  | 650 Town Center Drive, 20th Floor |
|  | Costa Mesa, CA 92626 |
|  | 714-540-1235 |
|  | michele.johnson@lw.com |
|  | Via Electronic Mail |
|  | Susan E. Engel |
|  | Latham & Watkins LLP |
|  | 555 Eleventh Street, N.W., Suite 1000 |
|  | Washington, DC 20004 |
|  | 202-637-2200 |
|  | Susan.Engel@lw.com |
|  | Via Electronic Mail |
|  | Roberto Martinez |
|  | Colson Hicks Eidson |
|  | 255 Alhambra Circle, Penthouse |
|  | Coral Gables, FL 33134-2351 |
|  | 305-476-7400 |
|  | bob@colson.com |
|  |  |
|  | *Counsel for Defendant Kevin O'Leary:* |
|  | Via Electronic Mail |
|  | Brandon Scott Floch |
|  | Marcus Neiman Rashbaum & Pineiro LLP |
|  | 2 South Biscayne Blvd. |
|  | Suite 2530 |
|  | Miami, FL 33131 |
|  | 305-434-4943 |
|  | bfloch@mnrlawfirm.com |
|  | Via Electronic Mail |
|  | Jeffrey Eldridge Marcus |
|  | Marcus Neiman & Rashbaum, LLP |
|  | One Biscayne Tower - Suite 1750 |
|  | 2 South Biscayne Boulevard |
|  | Miami, FL 33131 |
|  | 305-400-4260 |
|  | 866-780-8355 |
|  | jmarcus@mnrlawfirm.com |
|  | Via Electronic Mail |
|  | Jeffrey Adam Neiman |
|  | Marcus Neiman & Rashbaum LLP |
|  | 100 Southeast Third Avenue, Suite 805 |
|  | Fort Lauderdale, FL 33394 |
|  | 954-462-1200 |

954-688-2492
jneiman@mnrlawfirm.com
                               Via Electronic Mail
Michael Anthony Pineiro
Marcus Neiman & Rashbaum LLP
2 S. Biscayne Boulevard, Suite 1750
Miami, FL 33131
305-400-4268
mpineiro@mnrlawfirm.com
                               Via Electronic Mail
Andrew B. Brettler
Berk Brettler LLP
9119 Sunset Blvd.
West Hollywood, CA 90069
310-278-2111
abrettler@berkbrettler.com

*Counsel for Defendant David Ortiz:*
                               Via Electronic Mail
Christopher Stephen Carver
Akerman LLP
Three Brickell City Centre Suite 1100
98 Southeast Seventh Street
Miami, FL 33131
305-982-5572
305-374-5095
christopher.carver@akerman.com
                               Via Electronic Mail
Jason Samuel Oletsky
Akerman LLP
201 East Las Olas Boulevard, Ste 1800
Fort Lauderdale, FL 33301
954-759-8909
954-463-2224
jason.oletsky@akerman.com
                               Via Electronic Mail
Katherine Ann Johnson
Akerman LLP
201 E. Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301
954-463-2700
954-463-2224
Katie.johnson@akerman.com

*Counsel for Trevor Lawrence*
<div align="right">Via Electronic Mail</div>

**MGC Law**
Tommy Lydon, Attorney
tlydon@mgclaw.com
1320 Main Street, 10th Floor
Columbia, SC 29201
Main:803-779-2300
Direct:803-227-2292
Fax:803-748-0526

*Counsel for Golden State Warriors, LLC*
<div align="right">Via Electronic Mail</div>

**Gibson, Dunn & Crutcher LLP**
Matthew S. Kahn
555 Mission Street
San Francisco, CA 94105-0921
Tel +1 415.393.8212
Fax +1 415.374.8466
MKahn@gibsondunn.com

*Counsel for Samuel Bankman-Fried*
<div align="right">Via Electronic Mail</div>

Jeremy D. Mishkin
Montgomery McCracken Walker & Rhoads LLP
1735 Market Street
Philadelphia, PA 19103-7505
Direct: 215-772-7246
jmishkin@mmwr.com
<div align="right">Via Mail</div>

Defendant Udonis Haslem
5450 SW 192nd Terrace
Southwest Ranches, Florida 33332
<div align="right">Via Mail</div>

Defendant Sam Trabucco
36 Winner Circle,
Wells ME 04090-5174
<div align="right">Via Mail</div>

Defendant Caroline Ellison
327 Franklin Street
Newton, MA 02458
and
c/o Stephanie Avakian
<div align="right">Via Electronic Mail</div>
Wilmer Hale
2100 Pennsylvania Avenue NW
Washington DC 20037

Phone: 202-663-6471
stephanie.avakian@wilmerhale.com

|  | Via Mail |

Defendant Zixiao Gary Wang
304 Island Lane
Egg Harbor Township, NJ 08234
And                          Via Electronic Mail
c/o Alex B. Miller
Fried Frank
One New York Plaza
New York, New York 10004
T: +1.212.859.8000
ilan.graff@friedfrank.com;
alex.miller@friedfrank.com

|  | Via Mail |

Defendant Nishad Singh
746 Jennifer Way
Milpitas, CA 95035
and                          Via Electronic Mail
c/o Andrew Goldstein
Cooley LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
agoldstein@cooley.com
+1 202 842 7800 phone

|  | Via Electronic Mail |

Defendant Dan Friedberg
c/o Telemachus P. Kasulis
Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue
New York, NY  10017
212.880.9555
tkasulis@maglaw.com

|  | Via Mail |

Defendant Stephen Curry
28 Selby Ln, Atherton, CA 94027

|  | Via Mail |

Defendant Shaquille ONeal
4012 Sahara Ct, Carrollton, TX 75010

|  | Via Mail |

Defendant Shohei Ohtani
2000 Gene Autry Way
Anaheim, California, 92806

|  | Via Mail |

| | Defendant Naomi Osaka<br>9621 Arby Dr.<br>Beverly Hills, California, 90210 |
|---|---|

**O'Keefe et al v Sequoia Capital Operations, LLC et al**
**Case No.: 1:23-CV-20700, Judge Jose E. Martinez**

| *Counsel for Plaintiff:*<br><div align="right">Via Electronic Mail</div>Amy Michelle Bowers<br>Stumphauzer Foslid Sloman Ross & Kolaya, PLLC<br>2 South Biscayne Boulevard, Suite 1600<br>Miami, FL 33131<br>305-614-1404<br>Fax: 305-614-1425<br>Email: abowers@sfslaw.com<br><div align="right">Via Electronic Mail</div>Jorge A. Perez Santiago<br>Stumphauzer Kolaya Nadler & Sloman, PLLC<br>Two South Biscayne Boulevard, Ste 1600<br>Miami, FL 33131<br>305-614-1400<br>Email: jperezsantiago@sknlaw.com<br><div align="right">Via Electronic Mail</div>Benjamin D. Reichard<br>Richard Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email: breichard@fishmanhaygood.com<br><div align="right">Via Electronic Mail</div>C. Hogan Paschal<br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email: hpaschal@fishmanhaygood.com<br><div align="right">Via Electronic Mail</div>James R. Swanson<br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email: jswanson@fishmanhaygood.com<br><div align="right">Via Electronic Mail</div>Kerry James Miller | <div align="right">Via Mail</div>Defendant, Sequoia Capital Operations, LLC<br>Through It's Registered Agent, The Corporation Trust Company Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801<br><div align="right">Via Mail</div>Defendant, Silvergate Bank<br>Through It's Registered Agent, CT Corporation System<br>330 N. Brand Blvd., Ste. 700, Glendale, CA 91203<br><div align="right">Via Mail</div>Defendant, Signature Bank<br>565 Fifth Avenue<br>New York, NY 70017<br><div align="right">Via Mail</div>Defendant, Deltec Bank and Trust Company Limited<br>Deltec House, Lyford Cay<br>Nassau, Bahamas<br><div align="right">Via Mail</div>Defendant, Farmington State Bank d/b/a Moonstone Bank<br>103 North First Street<br>Farmington, WA 99128<br><div align="right">Via Mail</div>Defendant, Jean Chalopin<br>Deltec Houst, Lyford Cay<br>Nassau, Bahamas<br><div align="right">Via Mail</div>Defendant, Thoma Bravo L.P.<br>Through It's Registered Agent, CT Corporation System<br>28 Liberty Street<br>New York, NY 10005<br><div align="right">Via Mail</div>Defendant, Paradigm Operations LP |

| | |
|---|---|
| Fishman Haygood LLP<br>201 St. Charles Avenue, Suite 4600<br>New Orleans, LA 70170<br>504-586-5252<br>Email: kmiller@fishmanhaygood.com<br><div align="right">Via Electronic Mail</div>Monica Bergeron<br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email: mbergeorn@fishmanhaygood.com<br><div align="right">Via Electronic Mail</div>Timothy Andrew Kolaya<br>Stumphauzer Kolaya Nadler & Sloman, PLLC<br>2 S. Biscayne Boulevard, Suite 1600<br>Miami, FL 33131<br>305-614-1400<br>Fax: 305-614-1425<br>Email: tkolaya@sknlaw.com | Through It's Registered Agent, Cogency Global, Inc.<br>850 New Burton Road, Suite 201<br>Dover, DE 19904<br><div align="right">Via Mail</div>Defendant, Temasek Holdings (Private) Limited<br>Through It's Registered Agent, Corporation Service Company 251 Little Falls Drive Wilmington, DE 19808<br><div align="right">Via Mail</div>Defendant, Softbank Vision Fund (AIV M2) L.P.<br>Through It's Registered Agent, Corporation Service Company 251 Little Falls Drive Wilmington, DE 19808<br><div align="right">Via Mail</div>Defendant, Ribbit Capital, L.P.<br>Through It's Registered Agent, The Corporation Trust Company Corporation Trust Center 1209 Orange St. Wilmington, DE 19801<br><div align="right">Via Mail</div>Defendant,  Altimeter Capital Management, LP<br>Through It's Registered Agent, The Corporation Trust Company Corporation Trust Center 1209 Orange St. Wilmington, DE 19801<br><div align="right">Via Mail</div>Defendant, Multicoin Capital Management LLC<br>501 West Ave., Apt. 3803<br>Austin, TX 78701<br><div align="right">Via Mail</div>Defendant,Tiger Global Management, LLC<br>Through It's Registered Agent,<br>Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br><div align="right">Via Mail</div>Defendant, Sino Global Capital Limited<br>c/o Matthew Graham Chaoyang, Beijing, Beijing Shi, 100125, China<br><div align="right">Via Mail</div>Defendant, Fenwick & West LLP |

<table>
<tr><td></td><td>Silicon Vally Center 801 California Street Mountain View, CA 94041</td></tr>
</table>

| | |
|---|---|
| | Silicon Vally Center 801 California Street Mountain View, CA 94041 |
| | _Via Mail_ |
| | Defendant, Prager Metis CPAs, LLC 14 Penn Plaza, Suite 1800 New York, NY 10121 |
| | _Via Mail_ |
| | Defendant, Armanino, LLP 12657 Alcosta Blvd, Suite 500 San Ramon, CA 94583 |
| | _Via Mail_ |
| | Defendant, Softbank Group Corp. Attn: SBGI Legal 1 Circle Star Way, 4F San Carlos, CA 94070 |

**US District Court for the Northern District of California**
**Papadakis v. Bankman-Fried et al, Case No.: 3:23-CV-00024**

| _Counsel for Plaintiff:_ | _Counsel for Defendant Armanino LLP:_ |
|---|---|
| _Via Electronic Mail_ | _Via Electronic Mail_ |
| Frederic S. Fox | Ann Marie Mortimer |
| Kaplan Fox & Kilsheimer | Hunton Andrews Kurth LLP |
| 850 Third Avenue, 14th Floor | 550 South Hope Street, Suite 2000 |
| New York, NY 10022 | Los Angeles, CA 90071 |
| 212-687-1980 | 213-532-2103 |
| FFox@kaplanfox.com | amortimer@HuntonAK.com |
| _Via Electronic Mail_ | _Via Electronic Mail_ |
| Jeffrey Philip Campisi | Kirk Austin Hornbeck |
| Kaplan Fox and Kilsheimer LLP | Hunton Andrews Kurth LLP Los Angeles Office |
| 850 Third Avenue | 550 S. Hope Street, Suite 2000 |
| New York, NY 10022 | Los Angeles, CA 90071 |
| 212-687-1980 | 213-532-2000 |
| jcampisi@kaplanfox.com | 213-532-2020 |
| _Via Electronic Mail_ | khornbeck@HuntonAK.com |
| Joel B. Strauss | _Via Electronic Mail_ |
| Kaplan Fox & Kilsheimer LLP | Thomas Richard Waskom |
| 805 Third Avenue, 14th Floor | Hunton Andrews Kurth LLP |
| New York, NY 10022 | 951 East Byrd St. |
| 212-687-1980 | Richmond, VA 23219 |
| 212-687-7714 | 804-788-8403 |
| jstrauss@kaplanfox.com | twaskom@HuntonAK.com |
| _Via Electronic Mail_ | |
| Kathleen A. Herkenhoff | _Counsel for Defendant Prager Metis CPAs, LLC:_ |
| Kaplan Fox & Kilsheimer LLP | |
| 1999 Harrison Street, Suite 1560 | _Via Electronic Mail_ |
| Oakland, CA 94612 | Bruce Roger Braun |
| 415-772-4700 | |

| | |
|---|---|
| 415-772-4707<br>Kherkenhoff@kaplanfox.com<br>      Via Electronic Mail<br>Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>415-772-4700<br>415-772-4707<br>lking@kaplanfox.com | Sidley Austin LLP<br>One S. Dearborn<br>Chicago, Il 60603<br>312-853-7000<br>312-853-7036<br>bbraun@sidley.com<br>      Via Electronic Mail<br>Joanna Rubin Travalini<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>312-853-2077<br>jtravalini@sidley.com<br>      Via Electronic Mail<br>Sarah Alison Hemmendinger<br>Sidley Austin LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>415-772-7413<br>415-772-7400<br>shemmendinger@sidley.com<br>      Via Electronic Mail<br>Tommy Hoyt<br>Sidley Austin LLP<br>One S. Dearborn Street<br>Chicago, IL 60603<br>312-853-0914<br>312-853-7036<br>thoyt@sidley.com<br>      Via Electronic Mail<br>Defendant Samuel Bankman-Fried<br>c/o Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com<br>      Via Mail<br>Defendant Caroline Ellison<br>327 Franklin Street<br>Newton, MA 02458<br>and<br>      Via Electronic Mail<br>c/o Stephanie Avakian<br>Wilmer Hale |

|  | 2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com |
|---|---|
|  | <div align="right">Via Mail</div>Defendant Zixiao Gary Wang<br>304 Island Lane<br>Egg Harbor Township, NJ 08234<br>and<div align="right">Via Electronic Mail</div>c/o Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>ilan.graff@friedfrank.com;<br>alex.miller@friedfrank.com |
|  | <div align="right">Via Mail</div>Defendant Nishad Singh<br>746 Jennifer Way<br>Milpitas, CA 95035<br>And<div align="right">Via Electronic Mail</div>c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>+1 202 842 7800 phone |

**US District Court for the Northern District of California**
**Jessup v. Bankman-Fried et al, Case No.: 3:22-cv-07666-JSC**

| *Counsel for Plaintiff:* | Via Electronic Mail |
|---|---|
| Via Electronic Mail<br>P. Solange Hilfinger-Pardo<br>Edelson PC<br>150 California Street<br>18th Floor<br>San Francisco, CA 94111<br>415-212-9300<br>shilfingerpardo@edelson.com | Defendant Samuel Bankman-Fried<br>c/o Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads<br>LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com |
| Via Electronic Mail<br>Todd M. Logan<br>Edelson PC<br>150 California Street, 18th Floor<br>San Francisco, CA 94111 | Via Mail<br>Defendant Caroline Ellison<br>327 Franklin Street<br>Newton, MA 02458<br>and |

| | |
|---|---|
| (415) 212-9300<br>Fax: (415) 373-9435<br>tlogan@edelson.com | Via Electronic Mail<br>c/o Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com<br>Via Mail<br>Defendant Zixiao Gary Wang<br>304 Island Lane<br>Egg Harbor Township, NJ 08234<br>and<br>Via Electronic Mail<br>c/o Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>ilan.graff@friedfrank.com;<br>alex.miller@friedfrank.com<br>Via Mail<br>Defendant Nishad Singh<br>746 Jennifer Way<br>Milpitas, CA 95035<br>And<br>Via Electronic Mail<br>c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>+1 202 842 7800 phone<br>Via Mail<br>Defendant Sam Trabucco<br>36 Winner Circle,<br>Wells ME 04090-5174 |

| | |
|---|---|
| **US District Court for the Northern District of California**<br>**Hawkins v. Bankman-Fried et al, Case No.: 3:22-CV-07620** | |
| *Counsel for Plaintiff:*<br>Via Electronic Mail<br>Jennifer Pafiti<br>Pomerantz LLP<br>1100 Glendon Avenue, 15th Floor<br>Los Angeles, CA 90024<br>310-405-7190 | Defendant Samuel Bankman-Fried<br>Via Electronic Mail<br>c/o Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads LLP<br>1735 Market Street |

jpafiti@pomlaw.com
                                 Via Electronic Mail
Eitan Kimelman
Bronstein Gewirtz & Grossman LLC
60 East 42nd Street, Suite 4600
New York, NY 10165
212-697-6484
212-697-7296
eitank@bgandg.com
                                 Via Electronic Mail
J Alexander Hood, II
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
212-661-1100
212-661-8665
ahood@pomlaw.com
                                 Via Electronic Mail
Jeremy A. Lieberman
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
212-661-1100
212-661-8665
jalieberman@pomlaw.com
                                 Via Electronic Mail
Peretz Bronstein
Bronstein Gewirtz & Grossman, LLC
60 East 42nd Street, Suite 4600
New York, NY 10165
212-697-6484
212-697-7296
peretz@bgandg.com

Philadelphia, PA 19103-7505
Direct: 215-772-7246
jmishkin@mmwr.com
                                 Via Mail
Defendant Caroline Ellison
327 Franklin Street
Newton, MA 02458
and
                                 Via Electronic Mail
c/o Stephanie Avakian
Wilmer Hale
2100 Pennsylvania Avenue NW
Washington DC 20037
Phone: 202-663-6471
stephanie.avakian@wilmerhale.com
                                 Via Mail
Defendant Zixiao Gary Wang
304 Island Lane
Egg Harbor Township, NJ 08234
and
                                 Via Electronic Mail
c/o Alex B. Miller
Fried Frank
One New York Plaza
New York, New York 10004
T: +1.212.859.8000
ilan.graff@friedfrank.com;
alex.miller@friedfrank.com
                                 Via Mail
Defendant Nishad Singh
746 Jennifer Way
Milpitas, CA 95035
And
                                 Via Electronic Mail
c/o Andrew Goldstein
Cooley LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
agoldstein@cooley.com
+1 202 842 7800 phone

*Counsel for Defendant Armanino LLP:*
                                 Via Electronic Mail
Ann Marie Mortimer
Hunton Andrews Kurth LLP

<table>
<tr><td></td><td>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>213-532-2103<br>amortimer@HuntonAK.com<br><div align="right">Via Electronic Mail</div>Kirk Austin Hornbeck<br>Hunton Andrews Kurth LLP Los Angeles Office<br>550 S. Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>213-532-2000<br>213-532-2020<br>khornbeck@HuntonAK.com<br><div align="right">Via Electronic Mail</div>Thomas Richard Waskom<br>Hunton Andrews Kurth LLP<br>951 East Byrd St.<br>Richmond, VA 23219<br>804-788-8403<br>twaskom@HuntonAK.com</td></tr>
</table>

| US District Court for the Northern District of California |
|:---:|
| **Pierce et al v. Bankman-Fried et al, Case No.: 3:22-CV-07444** |

| *Counsel for Plaintiffs:* | Defendant Samuel Bankman-Fried |
|---|---|
| <div align="right">Via Electronic Mail</div>Marshal Hoda<br>The Hoda Law Firm, PLLC<br>12333 Sowden Road, Suite B, PMB 51811<br>Houston, TX 77080<br>832-848-0036<br>marshal@thehodalawfirm.com<br><div align="right">Via Electronic Mail</div>Steven C. Vondran<br>The Law Offices of Steven C. Vondran, PC<br>One Sansome Street, Suite 3500<br>San Francisco, CA 94104<br>877-276-5084<br>888-551-2252<br>steve@vondranlegal.com | <div align="right">Via Electronic Mail</div>c/o Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com<br><div align="right">Via Mail</div>Defendant Caroline Ellison<br>327 Franklin Street<br>Newton, MA 02458<br>and<br><div align="right">Via Electronic Mail</div>c/o Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com<br><div align="right">Via Mail</div>Defendant Zixiao Gary Wang<br>304 Island Lane |

|  | Egg Harbor Township, NJ 08234 |
|--|--|
|  | and |
|  | *Via Electronic Mail* |
|  | c/o Alex B. Miller |
|  | Fried Frank |
|  | One New York Plaza |
|  | New York, New York 10004 |
|  | T: +1.212.859.8000 |
|  | ilan.graff@friedfrank.com; |
|  | alex.miller@friedfrank.com |
|  | *Via Mail* |
|  | Defendant Nishad Singh |
|  | 746 Jennifer Way |
|  | Milpitas, CA 95035 |
|  | and |
|  | *Via Electronic Mail* |
|  | c/o Andrew Goldstein |
|  | Cooley LLP |
|  | 1299 Pennsylvania Avenue, NW |
|  | Suite 700 |
|  | Washington, DC 20004-2400 |
|  | agoldstein@cooley.com |
|  | +1 202 842 7800 phone |
|  |  |
|  | *Counsel for Defendant Armanino LLP:* |
|  | *Via Electronic Mail* |
|  | Ann Marie Mortimer |
|  | Hunton Andrews Kurth LLP |
|  | 550 South Hope Street, Suite 2000 |
|  | Los Angeles, CA 90071 |
|  | 213-532-2103 |
|  | amortimer@HuntonAK.com |
|  | *Via Electronic Mail* |
|  | Kirk Austin Hornbeck |
|  | Hunton Andrews Kurth LLP Los Angeles Office |
|  | 550 S. Hope Street, Suite 2000 |
|  | Los Angeles, CA 90071 |
|  | 213-532-2000 |
|  | 213-532-2020 |
|  | khornbeck@HuntonAK.com |
|  | *Via Electronic Mail* |
|  | Thomas Richard Waskom |
|  | Hunton Andrews Kurth LLP |
|  | 951 East Byrd St. |
|  | Richmond, VA 23219 |

|  | 804-788-8403 |
|  | twaskom@HuntonAK.com |
|  |  |
|  | *Counsel for Defendant Prager Metis CPAs, LLC:* |
|  | Via Electronic Mail |
|  | Bruce Roger Braun |
|  | Sidley Austin LLP |
|  | One S. Dearborn |
|  | Chicago, Il 60603 |
|  | 312-853-7000 |
|  | 312-853-7036 |
|  | bbraun@sidley.com |
|  | Via Electronic Mail |
|  | Joanna Rubin Travalini |
|  | Sidley Austin LLP |
|  | One South Dearborn Street |
|  | Chicago, IL 60603 |
|  | 312-853-2077 |
|  | jtravalini@sidley.com |
|  | Via Electronic Mail |
|  | Sarah Alison Hemmendinger |
|  | Sidley Austin LLP |
|  | 555 California Street, Suite 2000 |
|  | San Francisco, CA 94104 |
|  | 415-772-7413 |
|  | 415-772-7400 |
|  | shemmendinger@sidley.com |
|  | Via Electronic Mail |
|  | Tommy Hoyt |
|  | Sidley Austin LLP |
|  | One S. Dearborn Street |
|  | Chicago, IL 60603 |
|  | 312-853-0914 |
|  | 312-853-7036 |
|  | thoyt@sidley.com |

**US District Court for the Northern District of California**
**Lam et al v. Bankman-Fried, Case No.: 3:22-CV-07336**

| *Counsel for Plaintiff, Elliott Lam:* | Via Electronic Mail |
| Via Electronic Mail | Defendant Sam Bankman-Fried |
| William M. Audet | c/o Jeremy D. Mishkin |
| Audet & Partners, LLP | Montgomery McCracken Walker & Rhoads |
| 711 Van Ness Avenue. Suite 500 | LLP |
| San Francisco, CA 94102-3229 | 1735 Market Street |
| 415-568-2555 |  |
| 415-568-2556 |  |

| | |
|---|---|
| waudet@audetlaw.com | Philadelphia, PA 19103-7505 |
| Via Electronic Mail | Direct: 215-772-7246 |
| Kurt David Kessler | jmishkin@mmwr.com |
| Audet & Partners LLP | Via Electronic Mail |
| 711 Van Ness Avenue | Defendant Caroline Ellison |
| Suite 500 | c/o Stephanie Avakian |
| San Francisco, CA 94102-3275 | 2100 Pennsylvania Avenue NW |
| 415-568-2555 | Washington DC 20037 |
| kkessler@audetlaw.com | Phone: 202-663-6471 |
| Via Electronic Mail | stephanie.avakian@wilmerhale.com |
| Laurence D. King | Via Electronic Mail |
| Kaplan Fox & Kilsheimer LLP | Defendant Golden State Warriors, LLC |
| 1999 Harrison Street, Suite 1560 | c/o Gibson, Dunn & Crutcher LLP |
| Oakland, CA 94612 | Matthew S. Kahn |
| 415-772-4700 | 555 Mission Street |
| 415-772-4707 | San Francisco, CA 94105-0921 |
| lking@kaplanfox.com | Tel +1 415.393.8212 |
| Via Electronic Mail | Fax +1 415.374.8466 |
| Ling Yue Kuang | MKahn@gibsondunn.com |
| Audet & Partners, LLP | |
| 711 Van Ness Avenue, Suite 500 | |
| San Francisco, CA 94102 | |
| 415-568-2555 | |
| 415-568-2556 | |
| lkuang@audetlaw.com | |
| Via Electronic Mail | |
| Robert Lawrence Lieff | |
| PO Drawer A | |
| Rutherford, CA 94573 | |
| 415-250-4800 | |
| rlieff@lieff.com | |
| | |
| *Counsel for Plaintiffs, Julie Papadakis, Elliott Jessup:* | |
| Via Electronic Mail | |
| Laurence D. King | |
| Kaplan Fox & Kilsheimer LLP | |
| 1999 Harrison Street, Suite 1560 | |
| Oakland, CA 94612 | |
| 415-772-4700 | |
| 415-772-4707 | |
| lking@kaplanfox.com | |
| Via Electronic Mail | |
| Todd M. Logan | |
| Edelson PC | |
| 150 California Street, 18th Floor | |

San Francisco, CA 94111
415-212-9300
415-373-9435
tlogan@edelson.com

*Counsel for Plaintiff, Russell Hawkins:*
                          Via Electronic Mail
Laurence D. King
Kaplan Fox & Kilsheimer LLP
1999 Harrison Street, Suite 1560
Oakland, CA 94612
415-772-4700
415-772-4707
lking@kaplanfox.com

*Counsel for Plaintiff, Stephen T. Pierce:*
                          Via Electronic Mail
Laurence D. King
Kaplan Fox & Kilsheimer LLP
1999 Harrison Street, Suite 1560
Oakland, CA 94612
415-772-4700
415-772-4707
lking@kaplanfox.com
                          Via Electronic Mail
Marshal Hoda
The Hoda Law Firm, PLLC
12333 Sowden Road, Suite B, PMB 51811
Houston, TX 77080
832-848-0036
marshal@thehodalawfirm.com

**US District Court for the Southern District of California**
**Gonzalez v. Silvergate Bank et al, Case No.: 3:22-CV-01981**

| *Counsel for Plaintiffs* | *Counsel for Defendant Silvergate Bank* |
|---|---|
| Via Electronic Mail | Via Electronic Mail |
| Adam E. Polk | John Michael Landry |
| Girard Sharp LLP | Sheppard Mullin Richter & |
| 601 California Street, Suite 1400 | Hampton |
| San Francisco, CA 94108 | 333 South Hope Street, 43rd Floor |
| 415-981-4800 | Los Angeles, CA 90071 |
| apolk@girardsharp.com | 213-620-1780 |
| Via Electronic Mail | 213-620-1398 |
| Daniel C. Girard | jlandry@sheppardmullin.com |
| Girard Sharp LLP | Via Electronic Mail |
| 601 California Street, Suite 1400 | Madalyn Annabel Macarr |
| San Francisco, CA 94108 | Sheppard Mullin Richter & |

| | |
|---|---|
| 415-981-4800<br>415-981-4846<br>dgirard@girardsharp.com<br>Via Electronic Mail<br>Jason S Hartley<br>Hartley LLP<br>101 West Broadway, Suite 820<br>San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>hartley@hartleyllp.com<br>Via Electronic Mail<br>Jason M. Lindner<br>Stueve Siegel Hanson LLP<br>550 West C Street, Suite 610<br>San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>lindner@stuevesiegel.com<br>Via Electronic Mail<br>Makenna Cox<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>mcox@girardsharp.com | Hampton<br>333 S. Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>mmacarr@sheppardmullin.com<br>Via Electronic Mail<br>Polly Towill<br>Sheppard Mullin Richter and<br>Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071 213-<br>617-5480<br>213-620-1398<br>ptowill@sheppardmullin.com<br><br>*Counsel for Defendant Silvergate Capital Corporation*<br>Via Electronic Mail<br>John Michael Landry<br>Sheppard Mullin Richter & Hampton<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>jlandry@sheppardmullin.com<br>Via Electronic Mail<br>Madalyn Annabel Macarr<br>Sheppard Mullin Richter & Hampton<br>333 S. Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>mmacarr@sheppardmullin.com<br>Via Electronic Mail<br>Polly Towill<br>Sheppard Mullin Richter and Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-617-5480<br>213-620-1398<br>ptowill@sheppardmullin.com<br><br>*Counsel for Defendant Alan J. Lane*<br>Via Electronic Mail<br>John Michael Landry |

|  | Sheppard Mullin Richter & Hampton |
|--|--|
|  | 333 South Hope Street |
|  | 43rd Floor |
|  | Los Angeles, CA 90071 |
|  | 213-620-1780 |
|  | 213-620-1398 |
|  | jlandry@sheppardmullin.com |
|  | _Via Electronic Mail_ |
|  | Madalyn Annabel Macarr |
|  | Sheppard Mullin Richter & Hampton |
|  | 333 S. Hope Street. 43rd Floor |
|  | Los Angeles, CA 90071 |
|  | 213-620-1780 |
|  | 213-620-1398 |
|  | mmacarr@sheppardmullin.com |
|  | _Via Electronic Mail_ |
|  | Polly Towill |
|  | Sheppard Mullin Richter and Hampton LLP |
|  | 333 South Hope Street, 43rd Floor |
|  | Los Angeles, CA 90071 |
|  | 213-617-5480 |
|  | 213-620-1398 |
|  | ptowill@sheppardmullin.com |

|  |
|--|
| **US District Court for the Southern District of California** |
| **Sepulveda Zuleta et al v. Silvergate Capital Corporation et al,** |
| **Case No.: 3:22-CV-01901** |

| Counsel for Plaintiffs | Counsel for Defendanst Silvergate Capital |
|--|--|
| _Via Electronic Mail_ | _Corporation, Christopher M. Lane, Alan J._ |
| Caroline S. Emhardt | _Lane, Tyler J. Pearson, Jason Brenier_ |
| Fitzgerald Joseph LLP | _Via Electronic Mail_ |
| 2341 Jefferson Street, Suite 200 | Polly Towill |
| San Diego, CA 92110 | Sheppard Mullin Richter and Hampton LLP |
| 619-215-1741 | 333 South Hope Street, 43rd Floor |
| caroline@fitzgeraldjoseph.com | Los Angeles, CA 90071 |
| _Via Electronic Mail_ | 213-617-5480 |
| Jack Fitzgerald | 213-620-1398 |
| Fitzgerald Joseph LLP | ptowill@sheppardmullin.com |
| 2341 Jefferson Street, Suite 200 | _Via Electronic Mail_ |
| San Diego, CA 92110 | John Michael Landry |
| 619-215-1741 | Sheppard Mullin Richter & Hampton |
| 619-331-2943 | 333 South Hope Street, 43rd Floor |
| jack@fitzgeraldjoseph.com | Los Angeles, CA 90071 |
| _Via Electronic Mail_ | 213-620-1780 |
| James M. Davis, IV | 213-620-1398 |
| Casey Gerry LLP | jlandry@sheppardmullin.com |
| 110 Laurel Street, San Diego, CA 92101 |  |

| | |
|---|---|
| 619-238-1811<br>619-544-9232<br>jdavis@cglaw.com (Inactive)<br><div align="right">Via Electronic Mail</div>Melanie Rae Persinger<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>melanie@fitzgeraldjoseph.com<br><div align="right">Via Electronic Mail</div>Paul K. Joseph<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>paul@pauljosephlaw.com<br><div align="right">Via Electronic Mail</div>Thomas Joseph O'Reardon, II<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>619-338-1100<br>619-338-1101<br>toreardon@bholaw.com<br><div align="right">Via Electronic Mail</div>Timothy G. Blood<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>619-338-1100<br>619-338-1101<br>tblood@bholaw.com<br><div align="right">Via Electronic Mail</div>Trevor Matthew Flynn<br>Fitzgerald Joseph, LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>trevor@fitzgeraldjoseph.com | <div align="right">Via Electronic Mail</div>Madalyn Annabel Macarr<br>Sheppard Mullin Richter & Hampton 333 S.<br>Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>mmacarr@sheppardmullin.com |

| | |
|---|---|
| **US District Court for the Southern District of California**<br>**Husary et al v. Silvergate Bank et al, Case No.: 3:23-CV-00038** | |
| *Counsel for Plaintiffs Andrawes Husary,*<br>*Francisco De Tomaso, Soham Bhatia,*<br>*Michael Hawwa:*<br><div align="right">Via Electronic Mail</div> | *Counsel for Defendanst Silvergate Capital*<br>*Corporation, Silvergate Bank, and Alan J.*<br>*Lane*<br><div align="right">Via Electronic Mail</div> |

| | |
|---|---|
| Isabella Martinez<br>Reiser Law PC<br>1475 North Broadway, Suite 300<br>Walnut Creek, CA 94596<br>925-256-0400<br>isabella@reiserlaw.com<br>Via Electronic Mail | Polly Towill<br>Sheppard Mullin Richter and Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-617-5480<br>213-620-1398<br>ptowill@sheppardmullin.com<br>Via Electronic Mail |
| Jason S Hartley<br>Hartley LLP<br>101 West Broadway, Suite 820<br>San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>hartley@hartleyllp.com<br>Via Electronic Mail | John Michael Landry<br>Sheppard Mullin Richter & Hampton<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>jlandry@sheppardmullin.com<br>Via Electronic Mail |
| Jason Kenneth Kellogg<br>Levine Kellogg Lehman Schneider &<br>Grossman<br>Miami Tower<br>100 SE 2nd Street, 36th Floor<br>Miami, FL 33131<br>305-403-8788<br>jk@lklsg.com<br>Via Electronic Mail | Madalyn Annabel Macarr<br>Sheppard Mullin Richter & Hampton 333 S.<br>Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>mmacarr@sheppardmullin.com |
| Jason M. Lindner<br>Stueve Siegel Hanson LLP<br>550 West C Street, Suite 610<br>San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>lindner@stuevesiegel.com(Inactive)<br>Via Electronic Mail | |
| Marcelo Diaz-Cortes<br>Levine Kellogg Lehman Schneider &<br>Grossman LLP<br>Miami Tower<br>100 SE 2nd Street, 36th Floor<br>Miami, FL 33131<br>305-403-8788<br>md@lklsg.com<br>Via Electronic Mail | |
| Matthew Whitacre Reiser<br>Reiser Law PC<br>1475 North Broadway, Suite 300<br>Walnut Creek, CA 94596<br>925-256-0400 | |

matthew@reiserlaw.com
                        Via Electronic Mail
Michael J Reiser
Law Office of Michael Reiser
961 Ygnacio Valley Road
Walnut Creek, CA 94596
925-256-0400
925-476-0304
michael@reiserlaw.com

*Counsel for Plaintiffs Victoria J. Wilson*
                        Via Electronic Mail
Levine Kellogg Lehman Schneider Grossman
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, FL 33131
305-403-8788
305-403-8789
vjw@lklsg.com

Dated: March 2, 2023                    Respectfully submitted,

                        **By:** ***/s/ Adam Moskowitz***
                        Adam M. Moskowitz
                        Joseph M. Kaye
                        **THE MOSKOWITZ LAW FIRM, PLLC**
                        2 Alhambra Plaza, Suite 601
                        Coral Gables, FL 33134
                        Telephone: (305) 740-1423
                        adam@moskowitz-law.com
                        joseph@moskowitz-law.com

                        **By:** ***/s/ David Boies***
                        David Boies
                        Alex Boies
                        Brooke Alexander
                        **BOIES SCHILLER FLEXNER LLP**
                        333 Main Street
                        Armonk, NY 10504
                        Phone: (914) 749–8200
                        dboies@bsfllp.com

                        **By:** ***/s/ Stephen Neal Zack***
                        Stephen Neal Zack
                        **BOIES SCHILLER FLEXNER LLP**
                        100 SE 2nd St., Suite 2800

Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com

**By:** ***/s/Jose M. Ferrer***
Jose M. Ferrer
**MARK MIGDAL & HAYDEN**
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130
Telephone: (305) 374-0440
jose@markmigdal.com
eservice@markmigdal.com

*Co-Counsel for Petitioners, Edwin Garrison, Gregg Podalsky, Skyler Lindeen, Alexander Chernyavksy, Sunil Kavuri, Gary Gallant, and David Nicol*