## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: FTX COLLAPSE LITIGATION              MDL Docket 3076

### CORRECTED PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial

Panel on Multidistrict Litigation, the undersigned hereby certifies that on March 7, 2023, a copy

of the foregoing Motion to Correct Amended Proof of Service and this Corrected Proof of Service

were electronically filed with the Clerk of the JPML by using the CM/ECF and was served on all

counsel or parties via email and/or mail as follows:

| US District Court for the Southern District of Florida O'Keefe et al v Sequoia Capital Operations, LLC et al, Case No.: 1:23-CV-20700 | |
| --- | --- |
| *Counsel for Plaintiff, Connor O'Keefe :* Via Mail Via Electronic Mail Amy Michelle Bowers Stumphauzer Foslid Sloman Ross & Kolaya, PLLC 2 South Biscayne Boulevard, Suite 1600 Miami, FL 33131 305-614-1404 Fax: 305-614-1425 Email: abowers@sfslaw.com Via Electronic Mail Jorge A. Perez Santiago Stumphauzer Kolaya Nadler & Sloman, PLLC Two South Biscayne Boulevard, Ste 1600 Miami, FL 33131 305-614-1400 Email: jperezsantiago@sknlaw.com Via Electronic Mail Benjamin D. Reichard Richard Haygood L.L.P. 201 St. Charles Avenue, 46th Floor New Orleans, LA 70170 (504) 586-5252 Email: breichard@fishmanhaygood.com Via Electronic Mail | Via Mail Defendant, Sequoia Capital Operations, LLC Through It's Registered Agent, The Corporation Trust Company Corporation Trust Center 1209 Orange St. Wilmington, DE 19801 Via Mail Defendant, Silvergate Bank Through It's Registered Agent, CT Corporation System 330 N. Brand Blvd., Ste. 700, Glendale, CA 91203 Via Mail Defendant, Signature Bank 565 Fifth Avenue New York, NY 70017 Via Mail Defendant, Deltec Bank and Trust Company Limited Deltec House, Lyford Cay Nassau, Bahamas |

| | |
|---|---|
| C. Hogan Paschal<br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email: hpaschal@fishmanhaygood.com<br>Via Electronic Mail | Via Mail<br>Defendant, Farmington State Bank<br>d/b/a Moonstone Bank<br>103 North First Street<br>Farmington, WA 99128<br>Via Mail<br>Defendant, Jean Chalopin |
| James R. Swanson<br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email: jswanson@fishmanhaygood.com<br>Via Electronic Mail | Deltec Houst, Lyford Cay<br>Nassau, Bahamas<br>Via Mail<br>Defendant, Thoma Bravo L.P.<br>Through It's Registered Agent,<br>CT Corporation System<br>28 Liberty Street |
| Kerry James Miller<br>Fishman Haygood LLP<br>201 St. Charles Avenue, Suite 4600<br>New Orleans, LA 70170<br>504-586-5252<br>Email: kmiller@fishmanhaygood.com<br>Via Electronic Mail | New York, NY 10005<br>Via Mail<br>Defendant, Paradigm Operations LP<br>Through It's Registered Agent, Cogency<br>Global, Inc.<br>850 New Burton Road, Suite 201<br>Dover, DE 19904 |
| Monica Bergeron<br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email: mbergeorn@fishmanhaygood.com<br>Via Electronic Mail | Via Mail<br>Defendant, Temasek Holdings (Private)<br>Limited<br>Through It's Registered Agent, Corporation<br>Service Company 251 Little Falls Drive<br>Wilmington, DE 19808<br>Via Mail |
| Timothy Andrew Kolaya<br>Stumphauzer Kolaya Nadler & Sloman, PLLC<br>2 S. Biscayne Boulevard, Suite 1600<br>Miami, FL 33131<br>305-614-1400<br>Fax: 305-614-1425<br>Email: tkolaya@sknlaw.com | Defendant, Softbank Vision Fund (AIV M2)<br>L.P.<br>Through It's Registered Agent, Corporation<br>Service Company 251 Little Falls Drive<br>Wilmington, DE 19808<br>Via Mail<br>Defendant, Ribbit Capital, L.P.<br>Through It's Registered Agent, The<br>Corporation Trust Company Corporation<br>Trust Center 1209 Orange St.<br>Wilmington, DE 19801<br>Via Mail<br>Defendant,  Altimeter Capital Management,<br>LP<br>Through It's Registered Agent, The<br>Corporation Trust Company Corporation<br>Trust Center 1209 Orange St.<br>Wilmington, DE 19801 |

|  | Via Mail |
|  | Defendant, Multicoin Capital Management LLC<br>501 West Ave., Apt. 3803<br>Austin, TX 78701 |
|  | Via Mail |
|  | Defendant,Tiger Global Management, LLC<br>Through It's Registered Agent,<br>Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
|  | Via Mail |
|  | Defendant, Sino Global Capital Limited<br>c/o Matthew Graham Chaoyang, Beijing,<br>Beijing Shi, 100125, China |
|  | Via Mail |
|  | Defendant, Fenwick & West LLP<br>Silicon Vally Center 801 California Street<br>Mountain View, CA 94041 |
|  | Via Eletronic Mail |
|  | *Counsel for Prager Metis CPAs, LLC*<br>Irene Yang<br>Sidley Austin LLP<br>555 California St<br>San Francisco, CA<br>(415) 772-1230<br>irene.yang@sidley.com |
|  | Via Mail |
|  | Defendant, Armanino, LLP<br>12657 Alcosta Blvd, Suite 500<br>San Ramon, CA 94583 |
|  | Via Mail |
|  | Defendant, Softbank Group Corp.<br>Attn: SBGI Legal 1 Circle Star Way, 4F San<br>Carlos, CA 94070 |

Dated: March 7, 2023          Respectfully submitted,

**By:** */s/ Adam Moskowitz*
Adam M. Moskowitz
Joseph M. Kaye
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423
adam@moskowitz-law.com

joseph@moskowitz-law.com

**By: _/s/ David Boies_**
David Boies
Alex Boies
Brooke Alexander
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Phone: (914) 749–8200
dboies@bsfllp.com

**By: _/s/ Stephen Neal Zack_**
Stephen Neal Zack
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com

**By: _/s/Jose M. Ferrer_**
Jose M. Ferrer
**MARK MIGDAL & HAYDEN**
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130
Telephone: (305) 374-0440
jose@markmigdal.com
eservice@markmigdal.com

_Co-Counsel for Petitioners, Edwin Garrison, Gregg Podalsky, Skyler Lindeen, Alexander Chernyavksy, Sunil Kavuri, Gary Gallant, and David Nicol_