**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: FTX Cryptocurrency Exchange Collapse Litigation** | **MDL Docket:  3076** |

## NOTICE OF WITHDRAWAL OF PETITIONERS' MOTION TO CORRECT PROOF OF SERVICE

Petitioners, Edwin Garrison, Gregg Podalsky, Skyler Lindeen, Alexander Chernyavksy, Sunil Kavuri, Gary Gallant, and David Nicol (the "Petitioners") hereby move to withdraw its Motion to Correct Proof of Service [ECF No. 32] as follow:

1.      The JPML Case Administrator contacted Petitioners and advised that the Motion to Correct is not required and Petitioners should file only the Corrected Proof of Service.

Accordingly, the Petitioners move to withdraw Motion to Correct Proof of Service.

Dated: March 9, 2023                                      Respectfully submitted,

**By: */s/ Adam Moskowitz***
Adam M. Moskowitz
Joseph M. Kaye
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com

**By: */s/ David Boies***
David Boies
Alex Boies
Brooke Alexander
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Phone: (914) 749–8200
dboies@bsfllp.com

**By: */s/ Stephen Neal Zack***
Stephen Neal Zack
**BOIES SCHILLER FLEXNER LLP**

*In re: FTX Cryptocurrency Exchange Collapse Litigation*

100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com

**By: */s/Jose M. Ferrer***
Jose M. Ferrer
**MARK MIGDAL & HAYDEN**
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130
Telephone: (305) 374-0440
jose@markmigdal.com
eservice@markmigdal.com

*Co-Counsel for Petitioners, Edwin Garrison,
Gregg Podalsky, Skyler Lindeen, Alexander
Chernyavksy, Sunil Kavuri, Gary Gallant, and
David Nicol*

2