**Exhibit 1: Summary of Cases**

| | District | Case Name | Judge | Consolidation | Class Action | Defendants* | # of Celebrity Parties | # of FTX Insiders | # of Accounting Firms | # of Financial Institutions | Claims |
|---|---|---|---|---|---|---|---|---|---|---|---|
| The Celebrity Cases | S.D. Fla. | *Garrison v. Bankman-Fried et al.*, No. 1:22-cv-23753 Filed on: 11/15/2022 (first filed) | Moore | consolidated with federal cases (including *Podalsky et al. v. Bankman-Fried et al.*, No. 1:22-cv-23983 (S.D. Fla.)) | Compl. ¶¶ 233-48 | Sam Bankman-Fried; Caroline Ellison; Nishad Singh; Gary Wang; Sam Trabucco; Dan Friedberg Thomas Brady; Gisele Bündchen; Stephen Curry; Golden State Warriors LLC; Shaquille O'Neal; Udonis Haslem; David Ortiz; William Trevor Lawrence; Shohei Ohtani; Naomi Osaka; Lawrence Gene David; Kevin O'Leary | 12 | 6 | 0 | 0 | (1) Florida Securities and Investor Protection Act (§ 517.07); (2) Florida Deceptive and Unfair Trade Practices Act (§§ 501.201 *et seq.*); (3) Civil Conspiracy (Florida common law); (4) Florida Declaratory Judgment Act (§§ 86.011 *et seq.*) |
| | S.D. Fla. | *Norris et al. v. Brady et al.*, No. 1:23-cv-20439 Filed on: 12/2/2022 | Moore | consolidated with state cases | n/a | Thomas Brady; David Ortiz; Kevin O'Leary | 3 | 0 | 0 | 0 | (1) Florida Securities and Investor Protection Act (§ 517.07); (2) Florida Deceptive and Unfair Trade Practices Act (§§ 501.201 *et seq.*); (3) Civil Conspiracy (Florida common law); (4) Florida Declaratory Judgment Act (§§ 86.011 *et seq.*) |
| The *Lam* Cases | N.D. Cal. | *Lam v. Bankman-Fried, et al.*, No. 3:22-cv-07336 Filed on: 11/21/2022 | Corely | consolidation denied without prejudice | Compl. ¶¶ 63-74 | Sam Bankman-Fried; Caroline Ellison Golden State Warriors | 1 | 2 | 0 | 0 | (1) California's Unfair Competition Law (§§ 17200 *et seq.*); (2) California's False Advertising Law (§§ 17500 *et seq.*); (3) Fraudulent Concealment (California common law); (4) Civil Conspiracy (California common law); (5) California Declaratory Judgment (§ 1060) |
| | N.D. Cal. | *Hawkins v. Bankman-Fried et al.*, No. 3:22-cv-07620 Filed on: 12/2/2022 | Corely | consolidation denied without prejudice | Compl. ¶¶ 46-51 | Sam Bankman-Fried; Caroline Ellison; Nishad Singh; Gary Wang Armanino LLP; Prager Metis CPAs, LLC | 0 | 4 | 2 | 0 | (1) California's Unfair Competition Law (§§ 17200 *et seq.*); (2) California's False Advertising Law (§§ 17500 *et seq.*); (3) Fraudulent Concealment (California common law); (4) Civil Conspiracy (California common law); (5) California Declaratory Judgment (§ 1060) |
| | N.D. Cal. | *Pierce v. Bankman-Fried, et al.*, No. 3:22-cv-07444 Filed on: 11/23/2022 | Corely | consolidation denied without prejudice | Compl. ¶¶ 135-46 | Sam Bankman-Fried; Caroline Ellison; Nishad Singh; Gary Wang; Sam Trabucco Armanino LLP; Prager Metis CPAs, LLC | 0 | 5 | 2 | 0 | (1) RICO (18 U.S.C. § 1962(c)); (2) RICO Conspiracy (18 U.S.C. § 1962(d)) |
| | N.D. Cal. | *Papadakis, et al. v. Bankman-Fried, et al.*, No. 3:23-cv-00024 Filed on: 1/3/2023 | Corely | consolidation denied without prejudice | Compl. ¶¶ 103-09 | Sam Bankman-Fried; Caroline Ellison; Nishad Singh; Gary Wang Armanino LLP; Prager Metis CPAs, LLC | 0 | 4 | 2 | 0 | (1) California's Unfair Competition Law (§§ 17200 *et seq.*); (2) California's False Advertising Law (§§ 17500 *et seq.*); (3) Fraudulent Concealment (California common law); (4) Negligent Misrepresentation (California common law); (5) Intentional Misrepresentation (California common law); (6) Fraud (California common law); (7) Breach of Fiduciary Duty (California common law); (8) Aiding and Abetting Fraud (California common law); (9) Aiding and Abetting Violations of California's Unfair Competition Law ; (10) Aiding and Abetting Breach of Fiduciary Duty (California common law); (11) Civil Conspiracy (California common law); (12) Conversion (California common law); (13) Unjust Enrichment (California common law); (14) California Declaratory Judgment (§ 1060) |
| | N.D. Cal. | *Jessup v. Bankman-Fried, et al.*, No. 3:22-cv-07666 Filed on: 12/5/2022 | Corely | consolidation denied without prejudice | Compl. ¶¶ 59-65 | Sam Bankman-Fried; Caroline Ellison; Nishad Singh; Gary Wang; Sam Trabucco | 0 | 5 | 0 | 0 | (1) Fraud (California common law); (2) Unjust Enrichment (California common law); (3) Conversion (California common law) |

| | District | Case Name | Judge | Consolidation | Class Action | Defendants* | # of Celebrity Parties | # of FTX Insiders | # of Accounting Firms | # of Financial Institutions | Claims |
|---|---|---|---|---|---|---|---|---|---|---|---|
| The Financial Firm Cases | N.D. Cal. | *Magleby et al. v. Silvergate Bank et al.,* No. 3:23-cv-00669 Filed on: 2/14/2023 | Corely | n/a | Compl. ¶¶ 163-70 | Silvergate Bank; Silvergate Capital Corp. | 0 | 0 | 0 | 2 | **(1)** Aiding and Abetting Fraud (California common law); **(2)** Aiding and Abetting Breach of Fiduciary Duty (California common law); **(3)** Unjust Enrichment (California common law) |
| | N.D. Cal. | *Keane v. Silvergate Bank et al.,* No. 3:23-cv-00670 Filed on: 2/14/2023 | Corely | n/a | Compl. ¶¶ 188-96 | Silvergate Bank; Silvergate Capital Corp. | 0 | 0 | 0 | 2 | **(1)** California's Unfair Competition Law (§§ 17200 *et seq*.); **(2)** Aiding and Abetting Fraud (California common law); **(3)** Aiding and Abetting Breach of Fiduciary Duty (California common law); **(4)** Unjust Enrichment (California common law) |
| | N.D. Cal. | *Bhatia v. Silvergate Bank et al.,* No. 3:23-cv-00667 Filed on: 2/14/2023 | Corely | n/a | Compl. ¶¶ 89-100 | Silvergate Bank; Silvergate Capital Corp.; Alan J. Lane | 0 | 0 | 0 | 3 | **(1)** Aiding and Abetting Fraud (California common law); **(2)** Aiding and Abetting Breach of Fiduciary Duty (California common law); **(3)** Unjust Enrichment (California common law) |
| | S.D.N.Y. | *Statistica Capital Ltd. et al . v. Signature Bank,* No. 1:23-cv-00993-ALC Filed on: 2/6/2023 | Carter | n/a | Compl. ¶¶ 261-69 | Signature Bank | 0 | 0 | 0 | 1 | **(1)** Aiding and Abetting Fraud (New York common law); **(2)** Aiding and Abetting Breach of Fiduciary Duty, **(3)** Unjust Enrichment |
| | S.D. Fla. | *O'Keefe v. Sequoia Cap. Operations, LLC et al.,* No. 1:23-cv-20700 Filed on: 2/22/2023 | Martinez | n/a | Compl. ¶¶ 180-86 | Armanino, LLP; Prager Metis CPAs, LLC  Silvergate Bank  Sequoia Capital Operations, LLC; Signature Bank; Deltec Bank and Trust Company Limited; Farmington State Bank d/b/a Moonstone Bank; Jean Chalopin; Thoma Bravo L.P.; Paradigm Operations LP; Temasek Holdings (Private) Limited; Softbank Vision Fund (AIV M2) L.P.; Ribbit Capital, L.P. Management, LP; Multicoin Capital Management LLC; Tiger Global Management, LLC; Sino Global Capital Limited; Softbank Group Corp.; Fenwick & West LLP | 0 | 0 | 2 | 15 | **(1)** Civil Conspiracy (Florida common law); **(2)** Aiding and Abetting Fraud (Florida common law); **(3)** Aiding and Abetting Fiduciary Breach (Florida common law); **(4)** Aiding and Abetting Conversion (Florida common law) |
| Dismissed Cases | S.D. Cal. | *Gonzalez v. Silvergate Bank, et al.,* No. 3:22-cv-01981 Filed on: 12/14/2022 | Benitez | n/a | Compl. ¶¶ 106-13 | Silvergate Bank; Silvergate Capital Corp.; Alan J. Lane | 0 | 0 | 0 | 3 | **(1)** Aiding and Abetting Fraud (California common law); **(2)** Aiding and Abetting Breach of Fiduciary Duty (California common law); **(3)** Unjust Enrichment (California common law) |
| | S.D. Cal. | *Sepulveda, et al. v. Silvergate Capital Corp., et al.,* No. 3:22-cv-01901 Filed on: 12/1/2022 | Benitez | n/a | Compl. ¶¶ 130-38 | Silvergate Bank; Silvergate Capital Corp.; Alan J. Lane; Christopher M. Lane; Tyler J. Pearson; Jason Brenier | 0 | 0 | 0 | 6 | **(1)** Fraud (California common law); **(2)** Fraudulent Concealment & Inducement (California common law); **(3)** Civil Conspiracy (California common law); **(4)** Negligence; **(5)** California's Unfair Competition Law (§§ 17200 *et seq*.); **(6)** Quasi Contract / Unjust Enrichment (California common law) |
| | S.D. Cal. | *Husary, et al. v. Silvergate Capital Corp., et al.,* No. 3:23-cv-00038 Filed on: 1/9/2023 | Benitez | n/a | Compl. ¶¶ 92-103 | Silvergate Bank; Silvergate Capital Corp.; Alan J. Lane | 0 | 0 | 0 | 3 | **(1)** Aiding and Abetting Fraud (California common law) ; **(2)** Aiding and Abetting Breach of Fiduciary Duty (California common law); **(3)** Unjust Enrichment (California common law) |

* FTX Insiders are in black text; celebrity parties are in green text; accounting firms are in blue text; Silvergate-related parties are in purple text; and financial institutions and other entities are in orange text