**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: FTX COLLAPSE LITIGATION | MDL No. 3076 |
|---|---|

## PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that Counsel for parties in the involved actions were served with this *Memorandum of Defendants Thomas Brady, Gisele Bündchen, Lawrence Gene David, Kevin O'Leary, David Ortiz, and William Trevor Lawrence in Opposition to Petitioners' Motion for Transfer of Related Actions to the Southern District of Florida Pursuant to 28 U.S.C. § 1407* via notices of electronic filing through the CM/ECF system. In addition, all counsel and parties identified below were served March 10, 2023 via e-mail or via U.S. Mail as indicated.

Respectfully submitted,

Date: March 10, 2023

**LATHAM & WATKINS LLP**

By: */s/ Andrew B. Clubok*
   Andrew B. Clubok
   andrew.clubok@lw.com
   D.C. Bar No. 446935
   555 Eleventh Street, NW, Suite 1000
   Washington, D.C. 20004-1304
   Telephone: 202.637.2200
   Facsimile: 202.637.2201

Attorneys for Defendants Thomas Brady, Gisele Bundchen, and Lawrence Gene David

| SERVICE LIST ||
|---|---|
| **VIA EMAIL**<br><br>William M. Audet<br>Ling Y. Kuang<br>Kurt D. Kessler<br>waudet@audetlaw.com<br>lkuang@audetlaw.com<br>kkessler@audetlaw.com<br>AUDET & PARTNERS, LLP<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102-3275<br>Telephone: (415) 568-2555<br>Facsimile: (415) 568-2556<br><br>Robert L. Lieff<br>rlieff@lieff.com<br>P.O. Drawer A<br>Rutherford, California 94573<br><br>Edward Lehman<br>elehman@lehmanlaw.com<br>Jacob Blacklock<br>jblacklock@lehmanlaw.com<br>LEHMAN, LEE & XU LLC<br>c/o LEHMAN, LEE & XU<br>Suite 3313, Tower One, Times Square 1 Matheson Street,<br>Causeway Bay, Hong Kong<br>Telephone: (852) 3588-2127<br>Facsimile: (852) 3588-2088<br><br>*Counsel for Plaintiff Elliott Lam*<br>    *Lam v. Bankman-Fried,* No. 22-cv-7336-JSC (N.D. Cal.) | **VIA EMAIL**<br><br>Jennifer Pafiti<br>jpafiti@pomlaw.com<br>POMERANTZ LLP<br>1100 Glendon Avenue, 15th Floor<br>Los Angeles, California 90024<br>Telephone: (310) 405-7190<br><br>Jeremy A. Lieberman<br>jalieberman@pomlaw.com<br>J. Alexander Hood II<br>ahood@pomlaw.com<br>POMERANTZ LLP<br>600 Third Avenue, 20th Floor<br>New York, New York 10016<br>Telephone: (212) 661-1100<br>Facsimile: (917) 463-1044<br><br>Peretz Bronstein<br>peretz@bgandg.com<br>Eitan Kimelman<br>eitank@bgandg.com<br>BRONSTEIN, GEWIRTZ & GROSSMAN, LLC<br>60 East 42nd Street, Suite 4600<br>New York, New York 10165<br>Telephone: (212) 697-6484<br>Facsimile: (212) 697-7296<br><br>*Counsel for Plaintiff Russell Hawkins*<br>    *Hawkins v. Bankman-Fried, et al.*, No. 3:22-cv-07620-JSC (N.D. Cal.) |
| **VIA EMAIL**<br><br>Rafey S. Balabanian<br>rbalabanian@edelson.com<br>Todd Logan<br>tlogan@edelson.com<br>Yaman Salahi | **VIA EMAIL**<br><br>Marshal J. Hoda<br>marshal@thehodalawfirm.com<br>THE HODA LAW FIRM, PLLC<br>12333 Sowden Road, Suite B<br>Houston, TX 77080 |

| | |
|---|---|
| ysalahi@edelson.com<br>P. Solange Hilfinger-Pardo<br>shilfingerpardo@edelson.com<br>EDELSON PC<br>150 California Street, 18th Floor<br>San Francisco, California 94111<br>Tel: 415.212.9300<br>Fax: 415.373.9435<br><br>*Counsel for Plaintiff Michael Jessup*<br>   *Jessup v. Samuel Bankman-Fried*, No. 22-cv-7666-JSC (N.D. Cal.) | Tel: (832) 848-0036<br><br>Steven C. Vondran<br>steve@vondranlegal.com<br>THE LAW OFFICES OF STEVEN C. VONDRAN, PC<br>One Sansome Street, Suite 3500<br>San Francisco, CA 94104<br>Tel: (877) 276-5084<br><br>*Counsel for Plaintiff Stephen Pierce*<br>   *Pierce v. Bankman-Fried et al.*, No. 3:22-cv-07444-JSC (N.D. Cal.) |
| **VIA EMAIL**<br><br>Adam M. Moskowitz<br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>305-740-1423<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br><br>Jose Manuel Ferrer<br>Mark Migdal and Hayden<br>80 SW 8 Street Suite 1999<br>Miami, FL 33131<br>305-374-0440<br>jose@markmigdal.com<br><br>Stephen N. Zack<br>Ursula Ungaro<br>Boies Schiller & Flexner<br>100 SE 2nd Street Suite 2800<br>Miami, FL 33131-2144<br>305-539-8400<br>305-539-1307<br>szack@bsfllp.com<br>uungaro@bsfllp.com (Inactive)<br><br>Alexander Boies<br>David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200 | **VIA EMAIL**<br><br>Adam M. Moskowitz<br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>305-740-1423<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br><br>Stephen N. Zack<br>Ursula Ungaro<br>Tyler Evan Ulrich<br>Boies Schiller & Flexner<br>100 SE 2nd Street Suite 2800<br>Miami, FL 33131-2144<br>305-539-8400<br>305-539-1307<br>szack@bsfllp.com<br>uungaro@bsfllp.com (Inactive)<br>tulrich@bsfllp .com<br><br>Alexander Boies<br>David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>aboies@bsfllp.com<br>dboies@bsfllp.com |

| | |
|---|---|
| aboies@bsfllp.com<br>dboies@bsfllp.com<br><br>*Counsel for Plaintiffs*<br>    *Norris et al v. Brady et al*, No. 1:23-cv-20439-KMM (S.D. Fla.) | *Counsel for Plaintiffs*<br>    *Garrison et al v. Bankman-Fried et* al, No. 1:22-cv-23753-KMM (S.D. Fla.) |
| **VIA EMAIL**<br><br>Adam M. Moskowitz<br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>305-740-1423<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br><br>Stephen N. Zack<br>Ursula Ungaro<br>Tyler Evan Ulrich<br>Boies Schiller & Flexner<br>100 SE 2nd Street Suite 2800<br>Miami, FL 33131-2144<br>305-539-8400<br>305-539-1307<br>szack@bsfllp.com<br>uungaro@bsfllp.com (Inactive)<br>tulrich@bsfllp.com<br><br>Alexander Boies<br>David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>aboies@bsfllp.com<br>dboies@bsfllp.com<br><br>*Counsel for Plaintiffs*<br>    *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) | **VIA EMAIL**<br><br>Adam E. Polk<br>Daniel C. Girard<br>Tom Lane Watts<br>Girard Sharp LLP<br>601 California Street Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>apolk@girardsharp.com<br>dgirard@girardsharp.com<br>tomw@girardsharp.com<br><br>Jason S Hartley<br>Hartley LLP<br>101 West Broadway Suite 820<br>San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>hartley@hartleyllp.com<br><br>Jason M. Lindner<br>Stueve Siegel Hanson LLP<br>550 West C Street<br>Suite 610<br>San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>lindner@stuevesiegel.com (Inactive)<br><br>Makenna Cox<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>mcox@girardsharp.com<br><br>*Counsel for Plaintiffs*<br>    *Gonzalez v. Silvergate Bank et al*, No. 3:22-cv-01981-BEN-WVG (S.D. Cal.) |

| | |
|---|---|
| | *Magleby et al v. Silvergate Bank et al*, No. 3:23-cv-00669-AGT (N.D. Cal.) |
| **VIA EMAIL**<br><br>Caroline S. Emhardt<br>Jack Fitzgerald<br>Melanie Rae Persinger<br>Paul K. Joseph<br>Fitzgerald Joseph LLP<br>Trevor Matthew Flynn<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>caroline@fitzgeraldjoseph.com<br>jack@fitzgeraldjoseph.com<br>melanie@fitzgeraldjoseph.com<br>paul@fitzgeraldjoseph.com<br>trevor@fitzgeraldjoseph.com<br><br>James M. Davis, IV<br>Casey Gerry LLP<br>110 Laurel Street<br>San Diego, CA 92101<br>619-238-1811<br>619-544-9232<br>jdavis@cglaw.com (Inactive)<br><br>Thomas Joseph O'Reardon, II<br>Timothy G. Blood<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>619-338-1100<br>619-338-1101<br>toreardon@bholaw.com<br>tblood@bholaw.com<br><br>*Counsel for Plaintiffs*<br>　*Sepulveda Zuleta et al v. Silvergate Capital Corporation et al*, No.: 3:22-cv-01901-BEN-WVG (S.D. Cal.)<br><br>*Counsel for Plaintiffs Statistical Capital Ltd. and Statistica Ltd.* | **VIA EMAIL**<br><br>Brandon Scott Floch<br>Jeffrey Eldridge Marcus<br>Michael Anthony Pineiro<br>Marcus Neiman Rashbaum & Pineiro LLP<br>2 South Biscayne Blvd., Suite 2530<br>Miami, FL 33131<br>305-434-4943<br>bfloch@mnrlawfirm.com<br>jmarcus@mnrlawfirm.com<br>mpineiro@mnrlawfirm.com<br><br>Jeffrey Adam Neiman<br>Neiman & Rashbaum LLP<br>100 Southeast Third Avenue, Suite 805<br>Fort Lauderdale, FL 33394<br>954-462-1200<br>954-688-2492<br>jneiman@mnrlawfirm.com<br><br>Andrew B. Brettler<br>Berk Brettler LLP<br>9119 Sunset Blvd.<br>West Hollywood, CA 90069<br>310-278-2111<br>abrettler@berkbrettler.com<br><br>*Counsel for Defendant Kevin O'Leary*<br>　*Norris et al v. Brady et al*, No. 1:23-cv-20439-KMM (S.D. Fla.)*; Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.)*; Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) |

| | |
|---|---|
| *Statistica Capital Ltd. et al v. Signature Bank*, No. 1 1:23-cv-00993-ALC (S.D.N.Y.) | |
| **VIA EMAIL**<br><br>Andrew B. Clubok<br>Susan E. Engel<br>Brittany M.J. Record<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>andrew.clubok@lw.com<br>Brittany.Record@lw.com<br>Susan.Engel@lw.com<br><br>Marvin Putnam<br>Jessica Stebbins Bina<br>Elizabeth A. Greenman<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>424-653-5500<br>Elizabeth.Greenman@lw.com<br>Jessica.stebbinsbina@lw.com<br>Marvin.Putnam@lw.com<br><br>Michele D. Johnson<br>Latham & Watkins LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>714-540-1235<br>michele.johnson@lw.com<br><br>Roberto Martinez<br>Stephanie Anne Casey<br>Zachary Andrew Lipshultz<br>Colson Hicks Eidson<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>305-476-7400<br>305-476-7444<br>bob@colson.com<br>scasey@colson.com<br>zach@colson.com | **VIA EMAIL**<br><br>Christopher Stephen Carver<br>Akerman LLP<br>Three Brickell City Centre Suite 1100<br>98 Southeast Seventh Street<br>Miami, FL 33131<br>305-982-5572<br>305-374-5095<br>christopher.carver@akerman.com<br><br>Jason Samuel Oletsky<br>Katherine Ann Johnson<br>Akerman LLP<br>201 East Las Olas Boulevard Ste 1800<br>Fort Lauderdale, FL 33301<br>954-759-8909<br>954-463-2224<br>jason.oletsky@akerman.com<br>Katie.johnson@akerman.com<br><br>*Counsel for Defendant David Ortiz*<br>   *Norris et al v. Brady et al*, No. 1:23-cv-20439-KMM (S.D. Fla.); *Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.)<br><br>**VIA EMAIL**<br><br>c/o Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW<br>Washington<br>DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com |

| | |
|---|---|
| bob@colson.com<br><br>*Counsel for Defendant Thomas Brady*<br>*Norris et al v. Brady et al*, No. 1:23-cv-20439-KMM (S.D. Fla.); *Garrison et al v. Bankman-Fried et* al, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) (as consolidated in *Garrison*)<br><br>*Counsel for Defendant Gisele Bundchen*<br>*Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.)<br><br>*Counsel for Defendant Lawrence Gene David*<br>*Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et* al, No. 1:22-cv-23983-KMM (S.D. Fla.) (as consolidated in *Garrison*) | **VIA U.S. MAIL**<br><br>327 Franklin Street<br>Newton, MA 02458<br><br>*Defendant Caroline Ellison*<br>*Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et* al, No. 1:22-cv-23983-KMM (S.D. Fla.) *Papadakis v. Bankman-Fried et al*, No. 3:23-CV-00024-JSC (N.D. Cal.); *Jessup v. Bankman-Fried et al*, No. 3:22-cv-07666-JSC (N.D. Cal.); *Hawkins v. Bankman-Fried et* al, No. 3:22-cv-07620-JSC (N.D. Cal.), *Pierce et al v. Bankman-Fried et al*, No. 3:22-cv-07444-JSC (N.D. Cal.); *Lam et al v. Bankman-Fried*, No. 3:22-cv-07336-JSC |
| **VIA EMAIL**<br><br>David Alan Rothstein<br>Alexander Manuel Peraza<br>Eshaba Jahir-Sharuz<br>Dimond Kaplan & Rothstein<br>2665 South Bayshore Drive, PH-2B<br>Coconut Grove, FL 33133<br>305-374-1920<br>Fax: 374-1961<br>Email: drothstein@dkrpa.com<br>Email: aperaza@dkrpa.com<br>Email: eshaba@dkrpa.com<br><br>Eric A. Fitzgerald<br>Hillary N. Ladov<br>McAngus Goudelock & Courie LLC<br>2000 Market Street, Suite 780<br>Philadelphia, PA 19103 (484) 406-4334<br>Email: eric.fitzgerald@mgclaw.com<br>Email: hillary.ladov@mgclaw.com | **VIA EMAIL**<br><br>Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads LLPn.y.<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com<br><br>*Counsel for Defendant Samuel Bankman-Fried*<br>*Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.); *Papadakis v. Bankman-Fried et al*, No. 3:23-cv-00024-JSC (N.D. Cal.); *Jessup v. Bankman-Fried et* al, No. 3:22-cv-07666-JSC (N.D. Cal.) *Hawkins v. Bankman-Fried et* al, No. 3:22-cv-07620-JSC (N.D. Cal.), *Pierce et al v. Bankman-Fried et al*, No. 3:22-CV-07444-JSC (N.D. Cal.) |

| | |
|---|---|
| *Counsel for Defendant William Trevor Lawrence*<br>    *Garrison et al v. Bankman-Fried et* al, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, Case No. 1:22-cv-23983-KMM (S.D. Fla.) | |
| **VIA EMAIL**<br><br>Gibson, Dunn & Crutcher LLP<br>Matthew S. Kahn<br>555 Mission Street<br>San Francisco, CA 94105-0921<br>Tel: 415.393.8212<br>Fax: 415.374.8466<br>MKahn@gibsondunn.com<br><br>*Counsel for Defendant Golden State Warriors, LLC*<br>    *Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); P*odalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.); *Lam et al v. Bankman-Fried*, No. 3:22-cv-07336-JSC | **VIA U.S. MAIL**<br><br>4012 Sahara Ct,<br>Carrollton, TX 75010<br><br>*Defendant Shaquille O'Neal*<br>    *Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) |
| **VIA U.S. MAIL**<br><br>1 Warriors Way<br>San Francisco, CA 94158<br><br>*Defendant Stephen Curry*<br>    *Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, Case No. 1:22-cv-23983-KMM (S.D. Fla.) | **VIA U.S. MAIL**<br><br>2000 Gene Autry Way<br>Anaheim, California, 92806<br><br>*Defendant Shohei Ohtani*<br>    *Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) |
| **VIA U.S. MAIL**<br><br>5450 SW 192nd Terrace<br>Southwest Ranches, Florida 33332<br><br>*Defendant Udonis Haslem*<br>    *Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) | **VIA U.S. MAIL**<br><br>36 Winner Circle,<br>Wells ME 04090-5174<br><br>*Consol Defendant, Sam Trabucco*<br>    *Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.); *Jessup v.* |

| | |
|---|---|
| | *Bankman-Fried et al*, No. 3:22-cv-07666-JSC (N.D. Cal.) |
| **VIA U.S. MAIL**<br><br>9621 Arby Dr.<br>Beverly Hills, California, 90210<br><br>*Defendant Naomi Osaka*<br>    *Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) | **VIA EMAIL**<br><br>c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>Telephone: 202 842 7800<br>VIA U.S. MAIL<br>746 Jennifer Way<br>Milpitas, CA 95035<br><br>*Defendant Nishad Singh*<br>    *Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.); *Papadakis v. Bankman-Fried et al*, No. 3:23-cv-00024-JSC (N.D. Cal.); *Jessup v. Bankman-Fried et al*, No. 3:22-cv-07666-JSC (N.D. Cal.); *Hawkins v. Bankman-Fried et al*, No. 3:22-CV-07620-JSC (N.D. Cal.), *Pierce et al v. Bankman-Fried et al*, No. 3:22-cv-07444-JSC (N.D. Cal.) |
| **VIA EMAIL**<br><br>c/o Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: 212.859.8000<br>alex.miller@friedfrank.com<br><br>**VIA U.S. MAIL**<br><br>304 Island Lane<br>Egg Harbor Township, NJ 08234<br><br>*Defendant Zixiao Gary Wang*<br>    *Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et a*l, No. 1:22-cv-23983-KMM (S.D. Fla.); *Papadakis v. Bankman-Fried et al*, No. 3:23-cv-00024- | **VIA EMAIL**<br><br>Ann Marie Mortimer<br>Kirk Austin Hornbeck<br>Hunton Andrews Kurth LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>213-532-2103<br>amortimer@HuntonAK.com<br>khornbeck@HuntonAK.com<br><br>Thomas Richard Waskom<br>Hunton Andrews Kurth LLP<br>951 East Byrd St.<br>Richmond, VA 23219<br>804-788-8403<br>twaskom@HuntonAK.com |

| | |
|---|---|
| JSC (N.D. Cal.); *Jessup v. Bankman-Fried et al*, No. 3:22-cv-07666-JSC (N.D. Cal.); *Hawkins v. Bankman-Fried et al*, No. 3:22-CV-07620-JSC (N.D. Cal.), *Pierce et al v. Bankman-Fried et al*, No. 3:22-CV-07444-JSC (N.D. Cal.) | *Counsel for Defendant Armanino LLP*<br>*Papadakis v. Bankman-Fried et al*, No. 3:23-cv-00024-JSC (N.D. Cal.); *Hawkins v. Bankman-Fried et al*, No. 3:22-cv-07620-JSC (N.D. Cal.), *Pierce et al v. Bankman-Fried et al*, No. 3:22-cv-07444-JSC (N.D. Cal.) |
| **VIA EMAIL**<br><br>Frederic S. Fox<br>Jeffrey Philip Campisi<br>Joel B. Strauss<br>Kathleen A. Herkenhoff<br>Laurence D. King<br>Kaplan Fox & Kilsheimer<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>212-687-1980<br>FFox@kaplanfox.com<br>jcampisi@kaplanfox.com<br>jstrauss@kaplanfox.com<br>Kherkenhoff@kaplanfox.com<br>lking@kaplanfox.com<br><br>*Counsel for Plaintiff Julie Papadakis,*<br>   *Papadakis v. Bankman-Fried, et al*., Case No.: 3:23-cv-00024 (N.D. Cal.) | **VIA EMAIL**<br><br>Isabella Martinez<br>Matthew Whitacre Reiser<br>Michael J Reiser<br>Reiser Law PC<br>1475 North Broadway, Suite 300<br>Walnut Creek, CA 94596<br>925-256-0400<br>isabella@reiserlaw.com<br>matthew@reiserlaw.com<br>michael@reiserlaw.com<br><br>*Counsel for Plaintiffs Andrawes Husary, Francisco De Tomaso, Soham Bhatia Michael Hawwa,*<br>   *Husary, et al. v. Silvergate Bank, et al.,* Case No.: 3:23-CV-00038 (N.D. Cal.) |
| **VIA EMAIL**<br><br>Amy Michelle Bowers<br>Jorge A. Perez Santiago<br>Timothy Andrew Kolaya<br>Stumphauzer Foslid Sloman Ross & Kolaya, PLLC<br>2 South Biscayne Boulevard, Suite 1600<br>Miami, FL 33131<br>305-614-1404<br>Fax: 305-614-1425<br>abowers@sfslaw.com<br>jperezsantiago@sknlaw.com<br>tkolaya@sknlaw.com<br><br>Benjamin D. Reichard | **VIA EMAIL**<br><br>John Michael Landry<br>Madalyn Annabel Macarr<br>Polly Towill<br>Sheppard Mullin Richter & Hampton<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>jlandry@sheppardmullin.com<br>mmacarr@sheppardmullin.com<br>ptowill@sheppardmullin.com |

| | |
|---|---|
| C. Hogan Paschal<br>James R. Swanson<br>Kerry James Miller<br>Monica Bergeron<br><br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170 (504)586-5252<br>breichard@fishmanhaygood.com<br>hpaschal@fishmanhaygood.com<br>jswanson@fishmanhaygood.com<br>kmiller@fishmanhaygood.com<br>mbergeorn@fishmanhaygood.com<br><br>*Counsel for Plaintiff O'Keefe*<br>　　*O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla)<br><br>**VIA U.S. MAIL**<br><br>1133 Bigelow Ave N<br>Seattle, WA 98109-3208<br><br>*Defendant Dan Friedberg*<br>　　*Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) | *Counsel for Defendant Silvergate Bank*<br>　　*Gonzalez v. Silvergate Bank et al*, No. 3:22-cv-01981-BEN-WVG (S.D. Cal.); *Husary et al v. Silvergate Bank et al*, No. 3:23-cv-00038-BEN-WVG (S.D. Cal.)<br><br>*Counsel for Defendant Silvergate Capital Corporation*<br>　　*Gonzalez v. Silvergate Bank et al*, No. 3:22-cv-01981-BEN-WVG (S.D. Cal.); *Husary et al v. Silvergate Bank et al*, No. 3:23-cv-00038-BEN-WVG (S.D. Cal.); *Sepulveda Zuleta et al v. Silvergate Capital Corporation et al*, No.: 3:22-cv-01901-BEN-WVG (S.D. Cal.):<br><br>*Counsel for Defendant Alan J. Lane*<br>　　*Gonzalez v. Silvergate Bank et al*, No. 3:22-cv-01981-BEN-WVG (S.D. Cal.); *Husary et al v. Silvergate Bank et al*, No. 3:23-cv-00038-BEN-WVG (S.D. Cal.); *Sepulveda Zuleta et al v. Silvergate Capital Corporation et al*, No.: 3:22-cv-01901-BEN-WVG (S.D. Cal.):<br><br>*Counsel for Defendants Christopher M. Lane, Tyler J. Pearson, and Jason Brenier*<br>　　*Sepulveda Zuleta et al v. Silvergate Capital Corporation et al*, No.: 3:22-cv-01901-BEN-WVG (S.D. Cal.):|
| **VIA EMAIL**<br><br>Bruce Roger Braun<br>Joanna Rubin Travalini<br>Tommy Hoyt<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>312-853-2077<br>bbraun@sidley.com<br>jtravalini@sidley.com<br>thoyt@sidley.com<br><br>Sarah Alison Hemmendinger<br>Sidley Austin LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104 | **VIA EMAIL**<br><br>Jennifer Kennedy Park<br>Cleary Gottlieb Steen & Hamilton LLP<br>1841 Page Mill Road, Suite 250<br>Palo Alto, CA 94304<br>jkpark@cgsh.com<br><br><br>Joon Kim<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>jkim@cgsh.com<br><br>Paul Courtney Huck , Jr.<br>Lawson Huck Gonzalez, PLLC |

| | |
|---|---|
| 415-772-7413<br>415-772-7400<br>shemmendinger@sidley.com<br><br>*Counsel for Defendant Prager Metis CPAs LLC*<br>   *Papadakis v. Bankman-Fried et al*, No. 3:23-cv-00024-JSC (N.D. Cal.); *Hawkins v. Bankman-Fried et al*, No. 3:22-cv-07620-JSC (N.D. Cal.), *Pierce et al v. Bankman-Fried et al*, No. 3:22-cv-07444-JSC (N.D. Cal.) | 334 Minorca Avenue<br>Coral Gables, FL 33134<br>paul@lawsonhuckgonzalez.com<br><br>*Defendant Sequoia Capital Operations, LLC*<br>   *O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla) |
| | **VIA U.S. MAIL**<br><br>c/o Registered Agent - CT Corporation System<br>330 N. Brand Blvd., Ste. 700,<br>Glendale, CA 91203<br><br>*Defendant Silvergate Bank*<br>   *O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla) |
| **VIA EMAIL**<br><br>David Richardson Atkinson , Jr.<br>Nicole K. Atkinson<br>Gunster Yoakley & Stewart<br>777 South Flagler Drive, Suite 500 East<br>West Palm Beach, FL 33401<br>datkinson@gunster.com<br>natkinson@gunster.com<br><br>*Counsel for Defendant Fenwick & West LLP*<br>   *O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla) | **VIA EMAIL**<br><br>Elizabeth M. Sacksteder<br>H. Christopher Boehning<br>Jessica Sombat Carey<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>212-373-3000<br>esacksteder@paulweiss.com<br>cboehning@paulweiss.com<br>jcarey@paulweiss.com<br><br>*Counsel for Defendant Signature Bank*<br>   *Statistica Capital Ltd. et al v. Signature Bank*, No. 1 1:23-cv-00993-ALC (S.D.N.Y.) |
| | **VIA U.S. MAIL**<br><br>565 Fifth Avenue<br>New York, NY 70017<br><br>*Defendant Signature Bank*<br>   *O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla) |
| **VIA U.S. MAIL**<br><br>1133 Bigelow Ave N | **VIA U.S. MAIL**<br><br>103 North First Street |

| | |
|---|---|
| Seattle, WA 98109-3208<br><br>*Defendant Dan Friedberg*<br>    *Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) | Farmington, WA 99128<br><br>*Defendant Farmington State Bank d/b/a Moonstone Bank*<br>    *O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla)<br><br>**VIA U.S. MAIL**<br><br>c/o Registered Agent - CT Corporation System<br>28 Liberty Street<br>New York, NY 10005<br><br>*Defendant Thoma Bravo L.P.*<br>    *O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla) |
| **VIA U.S. MAIL**<br><br>Deltec House, Lyford Cay<br>Nassau, Bahamas<br><br>*Defendant Deltec Bank and Trust Company Limited*<br>    *O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla) | **VIA U.S. MAIL**<br><br>c/o Registered Agent - Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br><br>*Defendant Temasek Holdings (Private) Limited*<br>    *O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla) |
| **VIA U.S. MAIL**<br><br>Deltec House, Lyford Cay<br>Nassau, Bahamas<br><br>*Defendant Jean Chalopin*<br>    *O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla) | **VIA U.S. MAIL**<br><br>c/o Registered Agent - The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801<br><br>*Defendant Ribbit Capital, L.P.*<br>    *O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla) |
| **VIA U.S. MAIL**<br><br>c/o Registered Agent - Cogency Global, Inc.<br>850 New Burton Road, Suite 201<br>Dover, DE 19904 | **VIA U.S. MAIL**<br><br>501 West Ave., Apt. 3803<br>Austin, TX 78701 |

| | |
|---|---|
| *Defendant Paradigm Operations LP*<br>    *O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla) | *Defendant Multicoin Capital Management LLC*<br>    *O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla) |
| **VIA U.S. MAIL**<br><br>c/o Registered Agent - Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br><br>*Defendant Softbank Vision Fund (AIV M2) L.P.*<br>    *O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla) | **VIA U.S. MAIL**<br><br>c/o Matthew Graham<br>Chaoyang, Beijing, Beijing Shi, 100125, China<br><br>*Defendant Sino Global Capital Limited*<br>    *O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla) |
| **VIA U.S. MAIL**<br><br>c/o Registered Agent - The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801<br><br>*Defendant Altimeter Capital Management, LP*<br>    *O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla) | **VIA U.S. MAIL**<br><br>14 Penn Plaza, Suite 1800<br>New York, NY 10121<br><br>*Defendant Prager Metis CPAs, LLC*<br>    *O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla) |
| **VIA U.S. MAIL**<br><br>c/o Registered Agent - Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br><br>*Defendant Tiger Global Management, LLC*<br>    *O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla) | **VIA U.S. MAIL**<br><br>12657 Alcosta Blvd, Suite 500<br>San Ramon, CA 94583<br><br>*Defendant Armanino, LLP*<br>    *O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla) |
| | **VIA U.S. MAIL**<br><br>Attn: SBGI Legal<br>1 Circle Star Way, 4F<br>San Carlos, CA 94070 |

|  | *Defendant Softbank Group Corp.*<br>*O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla) |
|---|---|