**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | MDL Docket 3076 |

**PROOF OF SERVICE**

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on March 17, 2023, a copy of the foregoing Reply Brief in Further Support of Motion for Transfer of Actions to the Southern District of Florida Pursuant to 28 U.S.C. § 1407 for Coordination or Consolidated Pretrial Proceedings were electronically filed with the Clerk of the JPML by using the CM/ECF and was served on all counsel or parties via email and/or mail as follows:

| US District Court for the Southern District of Florida Norris et al v. Brady et al, Case No.: 1:23-CV-20439 | |
|---|---|
| *Counsel for Plaintiffs:* Via Electronic Mail | *Counsel for Defendant* Thomas Brady Via Electronic Mail |
| Adam M. Moskowitz The Moskowitz Law Firm, PLLC 2 Alhambra Plaza, Suite 601 Coral Gables, FL 33134-6036 305-740-1423 adam@moskowitz-law.com | Stephanie Anne Casey Colson Hicks Eidson 255 Alhambra Circle, PH Coral Gables, FL 33134 305-476-7400 305-476-7444 scasey@colson.com |
| Via Electronic Mail Jose Manuel Ferrer Mark Migdal and Hayden 80 SW 8 Street, Suite 1999 Miami, FL 33131 305-374-0440 jose@markmigdal.com | Via Electronic Mail Zachary Andrew Lipshultz Colson Hicks Eidson 255 Alhambra Circle Coral Gables, FL 33134 305-476-7400 zach@colson.com |
| Via Electronic Mail Joseph M. Kaye The Moskowitz Law Firm, PLLC 2 Alhambra Plaza, Suite 601 Miami, FL 33134 305-740-1423 joseph@moskowitz-law.com | Via Electronic Mail Andrew B. Clubok Latham & Watkins LLP 555 Eleventh Street, NW, Suite 1000 Washington, DC 20004 202-637-2200 andrew.clubok@lw.com |

|  |  |
|---|---|
| *Via Electronic Mail*<br>Stephen N. Zack<br>Boies Schiller & Flexner<br>100 SE 2nd Street<br>Suite 2800, Miami Tower<br>Miami, FL 33131-2144<br>305-539-8400<br>305-539-1307<br>szack@bsfllp.com | *Via Electronic Mail*<br>Brittany M.J. Record<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>Brittany.Record@lw.com |
| *Via Electronic Mail*<br>Ursula Ungaro<br>Boies Schiller Flexner LLP<br>100 SE 2nd Street<br>Suite 2800<br>Miami, FL 33131<br>305-479-6553<br>uungaro@bsfllp.com (Inactive) | *Via Electronic Mail*<br>Elizabeth A. Greenman<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angels, CA 90067<br>424-653-5500<br>Elizabeth.Greenman@lw.com |
| *Via Electronic Mail*<br>Alexander Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>aboies@bsfllp.com | *Via Electronic Mail*<br>Jessica Stebbins Bina<br>Latham & Watkins LLP<br>10250 Constellation Blvd. Suite 1100<br>Los Angeles, CA 90067<br>424-653-5500<br>Jessica.stebbinsbina@lw.com |
| *Via Electronic Mail*<br>David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>dboies@bsfllp.com | *Via Electronic Mail*<br>Marvin Putnam<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>424-653-5500<br>Marvin.Putnam@lw.com |
|  | *Via Electronic Mail*<br>Michele D. Johnson<br>Latham & Watkins LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>714-540-1235<br>michele.johnson@lw.com |
|  | *Via Electronic Mail*<br>Susan E. Engel<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>Susan.Engel@lw.com |
|  | *Via Electronic Mail*<br>Roberto Martinez<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse |

Coral Gables, FL 33134-2351
305-476-7400
476-7444
bob@colson.com

*Counsel for Defendant Kevin O'Leary:*
                                    Via Electronic Mail
Brandon Scott Floch
Marcus Neiman Rashbaum & Pineiro LLP
2 South Biscayne Blvd.Suite 2530
Miami, FL 33131
305-434-4943
bfloch@mnrlawfirm.com
                                    Via Electronic Mail
Jeffrey Eldridge Marcus
Marcus Neiman & Rashbaum, LLP
One Biscayne Tower - Suite 1750
2 South Biscayne Boulevard
Miami, FL 33131
305-400-4260
866-780-8355
jmarcus@mnrlawfirm.com
                                    Via Electronic Mail
Jeffrey Adam Neiman
Marcus Neiman & Rashbaum LLP
100 Southeast Third Avenue, Suite 805
Fort Lauderdale, FL 33394
954-462-1200
954-688-2492
jneiman@mnrlawfirm.com
                                    Via Electronic Mail
Michael Anthony Pineiro
Marcus Neiman & Rashbaum LLP
2 S. Biscayne Boulevard, Suite 1750
Miami, FL 33131
305-400-4268
mpineiro@mnrlawfirm.com
                                    Via Electronic Mail
Andrew B. Brettler
Berk Brettler LLP
9119 Sunset Blvd.
West Hollywood, CA 90069
310-278-2111
abrettler@berkbrettler.com

*Counsel for Defendant David Ortiz:*

|  | Via Electronic Mail<br>Christopher Stephen Carver<br>Akerman LLP<br>Three Brickell City Centre Suite 1100<br>98 Southeast Seventh Street<br>Miami, FL 33131<br>305-982-5572<br>305-374-5095<br>christopher.carver@akerman.com<br>Via Electronic Mail<br>Jason Samuel Oletsky<br>Akerman LLP<br>201 East Las Olas Boulevard, Ste 1800<br>Fort Lauderdale, FL 33301<br>954-759-8909<br>954-463-2224<br>jason.oletsky@akerman.com<br>Via Electronic Mail<br>Katherine Ann Johnson<br>Akerman LLP<br>201 E. Las Olas Blvd., Suite 1800<br>Fort Lauderdale, FL 33301<br>954-463-2700<br>954-463-2224<br>Katie.johnson@akerman.com |
|---|---|

**US District Court for the Southern District of Florida**

**Garrison et al v. Bankman-Fried et al, Case No.:  1:22-CV-23753**

| *Counsel for Plaintiffs:* | *Counsel for Defendants Thomas Brad, Gisele Bundchen, and Lawrence Gene David:* |
|---|---|
| Via Electronic Mail<br>Adam M. Moskowitz<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>305-740-1423<br>adam@moskowitz-law.com | Via Electronic Mail<br>Stephanie Anne Casey<br>Colson Hicks Eidson<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>305-476-7400<br>scasey@colson.com |
| Via Electronic Mail<br>Jose Manuel Ferrer<br>Mark Migdal and Hayden<br>80 SW 8 Street, Suite 1999<br>Miami, FL 33131<br>305-374-0440<br>jose@markmigdal.com | Via Electronic Mail<br>Zachary Andrew Lipshultz<br>Colson Hicks Eidson<br>255 Alhambra Circle<br>Coral Gables, FL 33134<br>305-476-7400<br>zach@colson.com |
| Via Electronic Mail<br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC | Via Electronic Mail<br>Andrew B. Clubok |

| | |
|---|---|
| 2 Alhambra Plaza, Suite 601<br>Miami, FL 33134<br>305-740-1423<br>joseph@moskowitz-law.com<br><div align="right">Via Electronic Mail</div> | Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>andrew.clubok@lw.com<br><div align="right">Via Electronic Mail</div> |
| Stephen N. Zack<br>Boies Schiller & Flexner<br>100 SE 2nd Street<br>Suite 2800, Miami Tower<br>Miami, FL 33131-2144<br>305-539-8400<br>305-539-1307<br>szack@bsfllp.com<br><div align="right">Via Electronic Mail</div> | Brittany M.J. Record<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>Brittany.Record@lw.com<br><div align="right">Via Electronic Mail</div> |
| Ursula Ungaro<br>Boies Schiller Flexner LLP<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br>305-479-6553<br>uungaro@bsfllp.com (Inactive)<br><div align="right">Via Electronic Mail</div> | Elizabeth A. Greenman<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angels, CA 90067<br>424-653-5500<br>Elizabeth.Greenman@lw.com<br><div align="right">Via Electronic Mail</div> |
| Alexander Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>aboies@bsfllp.com<br><div align="right">Via Electronic Mail</div> | Jessica Stebbins Bina<br>Latham & Watkins LLP<br>10250 Constellation Blvd. Suite 1100<br>Los Angeles, CA 90067<br>424-653-5500<br>Jessica.stebbinsbina@lw.com<br><div align="right">Via Electronic Mail</div> |
| David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>dboies@bsfllp.com<br><div align="right">Via Electronic Mail</div> | Marvin Putnam<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>424-653-5500<br>Marvin.Putnam@lw.com<br><div align="right">Via Electronic Mail</div> |
| Tyler Evan Ulrich<br>Boies Schiller and Flexner LLP<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br>305-539-8400<br>Fax: 305-539-1307<br>Email: tulrich@bsfllp.com | Michele D. Johnson<br>Latham & Watkins LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>714-540-1235<br>michele.johnson@lw.com<br><div align="right">Via Electronic Mail</div> |
| | Susan E. Engel<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>202-637-2200 |

Susan.Engel@lw.com
Via Electronic Mail

Roberto Martinez
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134-2351
305-476-7400
bob@colson.com

*Counsel for Defendant Kevin O'Leary:*
Via Electronic Mail

Brandon Scott Floch
Marcus Neiman Rashbaum & Pineiro LLP
2 South Biscayne Blvd.  Suite 2530
Miami, FL 33131
305-434-4943
bfloch@mnrlawfirm.com
Via Electronic Mail

Jeffrey Eldridge Marcus
Marcus Neiman & Rashbaum, LLP
One Biscayne Tower - Suite 1750
2 South Biscayne Boulevard
Miami, FL 33131
305-400-4260
866-780-8355
jmarcus@mnrlawfirm.com
Via Electronic Mail

Jeffrey Adam Neiman
Marcus Neiman & Rashbaum LLP
100 Southeast Third Avenue, Suite 805
Fort Lauderdale, FL 33394
954-462-1200
954-688-2492
jneiman@mnrlawfirm.com
Via Electronic Mail

Michael Anthony Pineiro
Marcus Neiman & Rashbaum LLP
2 S. Biscayne Boulevard, Suite 1750
Miami, FL 33131
305-400-4268
mpineiro@mnrlawfirm.com
Via Electronic Mail

Andrew B. Brettler
Berk Brettler LLP
9119 Sunset Blvd.
West Hollywood, CA 90069

310-278-2111
abrettler@berkbrettler.com

*Counsel for Defendant David Ortiz:*
                                    Via Electronic Mail
Christopher Stephen Carver
Akerman LLP
Three Brickell City Centre Suite 1100
98 Southeast Seventh Street
Miami, FL 33131
305-982-5572
305-374-5095
christopher.carver@akerman.com
                                    Via Electronic Mail
Jason Samuel Oletsky
Akerman LLP
201 East Las Olas Boulevard, Ste 1800
Fort Lauderdale, FL 33301
954-759-8909
954-463-2224
jason.oletsky@akerman.com
                                    Via Electronic Mail
Katherine Ann Johnson
Akerman LLP
201 E. Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301
954-463-2700
954-463-2224
Katie.johnson@akerman.com

*Counsel for William Trevor Lawrence*
                                    Via Electronic Mail
**MGC Law**
Tommy Lydon, Attorney
tlydon@mgclaw.com
1320 Main Street, 10th Floor
Columbia, SC 29201
Main:803-779-2300
Direct:803-227-2292
Fax:803-748-0526

*Counsel for Golden State Warriors, LLC*
                                    Via Electronic Mail
**Gibson, Dunn & Crutcher LLP**
Matthew S. Kahn
555 Mission Street

San Francisco, CA 94105-0921
Tel +1 415.393.8212
Fax +1 415.374.8466
MKahn@gibsondunn.com
*Counsel for Samuel Bankman-Fried*
                          Via Electronic Mail
Jeremy D. Mishkin
Montgomery McCracken Walker & Rhoads
LLP
1735 Market Street
Philadelphia, PA 19103-7505
Direct: 215-772-7246
jmishkin@mmwr.com
                          Via Electronic Mail
Richard M. Simins
Montgomery McCracken
1735 Market Street, 21st Floor,
Philadelphia, PA 19103-7505
Telephone 215-772-1500
rsimins@mmwr.com
                          Via Electronic Mail
GERALD E. GREENBERG
GELBER SCHACHTER & GREENBERG,
P.A.
SunTrust International Center
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
Telephone: (305) 728-0950
ggreenberg@gsgpa.com
                          Via Electronic Mail
ADAM M. SCHACHTER
GELBER SCHACHTER & GREENBERG,
P.A.
SunTrust International Center
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
Telephone: (305) 728-0950
aschachter@gsgpa.com

                                Via Mail
Defendant, Stephen Curry
28 Selby Ln, Atherton, CA 94027
                                Via Mail
Defendant, Shaquille O'Neal
4012 Sahara Ct, Carrollton, TX 75010
                                Via Mail
Defendant, Udonis Haslem

5450 SW 192nd Terrace
Southwest Ranches, Florida 33332-3
<div align="right">Via Mail</div>

Defendant, Shohei Ohtani
2000 Gene Autry Way
Anaheim, California, 92806
<div align="right">Via Electronic Mail</div>

Defendant, Naomi Osaka
c/o Venable LLP
David E. Fink
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
T 310.229.9900
F 310.229.9901
defink@Venable.com
<div align="right">Via Mail</div>

Consol Defendant, Sam Trabucco
36 Winner Circle,
Wells ME 04090-5174
<div align="right">Via Mail</div>

Defendant Caroline Ellison
327 Franklin Street
Newton, MA 02458
and
<div align="right">Via Electronic Mail</div>

c/o Stephanie Avakian
Wilmer Hale
2100 Pennsylvania Avenue NW
Washington DC 20037
Phone: 202-663-6471
stephanie.avakian@wilmerhale.com
<div align="right">Via Mail</div>

Defendant Zixiao Gary Wang
304 Island Lane
Egg Harbor Township, NJ 08234
and
<div align="right">Via Electronic Mail</div>

c/o Alex B. Miller
Fried Frank
One New York Plaza
New York, New York 10004
T: +1.212.859.8000
ilan.graff@friedfrank.com;
alex.miller@friedfrank.com
<div align="right">Via Mail</div>

Defendant Nishad Singh

|  | 746 Jennifer Way<br>Milpitas, CA 95035<br>and<br><div align="right">Via Electronic Mail</div>c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>+1 202 842 7800 phone<br><div align="right">Via Electronic Mail</div>Consol Defendant, Dan Friedberg<br>c/o Telemachus P. Kasulis<br>Morvillo Abramowitz Grand Iason & Anello PC<br>565 Fifth Avenue<br>New York, NY 10017<br>212.880.9555<br>tkasulis@maglaw.com |
|---|---|

**US District Court for the Southern District of Florida**

**Podalsky et al v. Bankman-Fried et al, Case No.: 1:22-cv-23983**

| *Counsel for Plaintiffs:* | *Counsel for Defendants Thomas Brady,* |
|---|---|
| <div align="right">Via Electronic Mail</div>Adam M. Moskowitz<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>305-740-1423<br>adam@moskowitz-law.com | *Gisele Bundchen, and Lawrence Gene David:*<br><div align="right">Via Electronic Mail</div>Stephanie Anne Casey<br>Colson Hicks Eidson<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>305-476-7400<br>305-476-7444 |
| <div align="right">Via Electronic Mail</div>Jose Manuel Ferrer<br>Mark Migdal and Hayden<br>80 SW 8 Street, Suite 1999<br>33130<br>Miami, FL 33131<br>305-374-0440<br>jose@markmigdal.com | scasey@colson.com<br><div align="right">Via Electronic Mail</div>Zachary Andrew Lipshultz<br>Colson Hicks Eidson<br>255 Alhambra Circle<br>Coral Gables, FL 33134<br>305-476-7400<br>zach@colson.com |
| <div align="right">Via Electronic Mail</div>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Miami, FL 33134<br>305-740-1423<br>joseph@moskowitz-law.com | <div align="right">Via Electronic Mail</div>Andrew B. Clubok<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>202-637-2200 |

Via Electronic Mail

Stephen N. Zack
Boies Schiller & Flexner
100 SE 2nd Street
Suite 2800, Miami Tower
Miami, FL 33131-2144
305-539-8400
305-539-1307
szack@bsfllp.com

Via Electronic Mail

Ursula Ungaro
Boies Schiller Flexner LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
305-479-6553
uungaro@bsfllp.com

Via Electronic Mail

Alexander Boies
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504
914-749-8200
aboies@bsfllp.com

Via Electronic Mail

David Boies
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504
914-749-8200
dboies@bsfllp.com

andrew.clubok@lw.com

Via Electronic Mail

Brittany M.J. Record
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
202-637-2200
Brittany.Record@lw.com

Via Electronic Mail

Elizabeth A. Greenman
Latham & Watkins LLP
10250 Constellation Blvd., Suite 1100
Los Angels, CA 90067
424-653-5500
Elizabeth.Greenman@lw.com

Via Electronic Mail

Jessica Stebbins Bina
Latham & Watkins LLP
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
424-653-5500
Jessica.stebbinsbina@lw.com

Via Electronic Mail

Marvin Putnam
Latham & Watkins LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
424-653-5500
Marvin.Putnam@lw.com

Via Electronic Mail

Michele D. Johnson
Latham & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
714-540-1235
michele.johnson@lw.com

Via Electronic Mail

Susan E. Engel
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
202-637-2200
Susan.Engel@lw.com

Via Electronic Mail

Roberto Martinez

Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134-2351
305-476-7400
bob@colson.com

*Counsel for Defendant Kevin O'Leary:*

Via Electronic Mail

Brandon Scott Floch
Marcus Neiman Rashbaum & Pineiro LLP
2 South Biscayne Blvd.
Suite 2530
Miami, FL 33131
305-434-4943
bfloch@mnrlawfirm.com

Via Electronic Mail

Jeffrey Eldridge Marcus
Marcus Neiman & Rashbaum, LLP
One Biscayne Tower - Suite 1750
2 South Biscayne Boulevard
Miami, FL 33131
305-400-4260
866-780-8355
jmarcus@mnrlawfirm.com

Via Electronic Mail

Jeffrey Adam Neiman
Marcus Neiman & Rashbaum LLP
100 Southeast Third Avenue, Suite 805
Fort Lauderdale, FL 33394
954-462-1200
954-688-2492
jneiman@mnrlawfirm.com

Via Electronic Mail

Michael Anthony Pineiro
Marcus Neiman & Rashbaum LLP
2 S. Biscayne Boulevard, Suite 1750
Miami, FL 33131
305-400-4268
mpineiro@mnrlawfirm.com

Via Electronic Mail

Andrew B. Brettler
Berk Brettler LLP
9119 Sunset Blvd.
West Hollywood, CA 90069
310-278-2111
abrettler@berkbrettler.com

|  | *Counsel for Defendant David Ortiz:* |
|---|---|
|  | Via Electronic Mail |
|  | Christopher Stephen Carver |
|  | Akerman LLP |
|  | Three Brickell City Centre Suite 1100 |
|  | 98 Southeast Seventh Street |
|  | Miami, FL 33131 |
|  | 305-982-5572 |
|  | 305-374-5095 |
|  | christopher.carver@akerman.com |
|  | Via Electronic Mail |
|  | Jason Samuel Oletsky |
|  | Akerman LLP |
|  | 201 East Las Olas Boulevard, Ste 1800 |
|  | Fort Lauderdale, FL 33301 |
|  | 954-759-8909 |
|  | 954-463-2224 |
|  | jason.oletsky@akerman.com |
|  | Via Electronic Mail |
|  | Katherine Ann Johnson |
|  | Akerman LLP |
|  | 201 E. Las Olas Blvd., Suite 1800 |
|  | Fort Lauderdale, FL 33301 |
|  | 954-463-2700 |
|  | 954-463-2224 |
|  | Katie.johnson@akerman.com |
|  |  |
|  | *Counsel for Trevor Lawrence* |
|  | Via Electronic Mail |
|  | **MGC Law** |
|  | Tommy Lydon, Attorney |
|  | tlydon@mgclaw.com |
|  | 1320 Main Street, 10th Floor |
|  | Columbia, SC 29201 |
|  | Main:803-779-2300 |
|  | Direct:803-227-2292 |
|  | Fax:803-748-0526 |
|  |  |
|  | *Counsel for Golden State Warriors, LLC* |
|  | Via Electronic Mail |
|  | **Gibson, Dunn & Crutcher LLP** |
|  | Matthew S. Kahn |
|  | 555 Mission Street |

San Francisco, CA 94105-0921
Tel +1 415.393.8212
Fax +1 415.374.8466
MKahn@gibsondunn.com

*Counsel for Samuel Bankman-Fried*
                              Via Electronic Mail
Jeremy D. Mishkin
Montgomery McCracken Walker & Rhoads
LLP
1735 Market Street
Philadelphia, PA 19103-7505
Direct: 215-772-7246
jmishkin@mmwr.com
                                      Via Mail
Defendant Udonis Haslem
5450 SW 192nd Terrace
Southwest Ranches, Florida 33332
                                      Via Mail
Defendant Sam Trabucco
36 Winner Circle,
Wells ME 04090-5174
                                      Via Mail
Defendant Caroline Ellison
327 Franklin Street
Newton, MA 02458
and                  Via Electronic Mail
c/o Stephanie Avakian
Wilmer Hale
2100 Pennsylvania Avenue NW
Washington DC 20037
Phone: 202-663-6471
stephanie.avakian@wilmerhale.com
                                      Via Mail
Defendant Zixiao Gary Wang
304 Island Lane
Egg Harbor Township, NJ 08234
And                  Via Electronic Mail
c/o Alex B. Miller
Fried Frank
One New York Plaza
New York, New York 10004
T: +1.212.859.8000
ilan.graff@friedfrank.com;
alex.miller@friedfrank.com
                                      Via Mail
Defendant Nishad Singh

|  | 746 Jennifer Way<br>Milpitas, CA 95035<br>and              Via Electronic Mail<br>c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>+1 202 842 7800 phone<br>              Via Electronic Mail |
|---|---|
|  | Defendant Dan Friedberg<br>c/o Telemachus P. Kasulis<br>Morvillo Abramowitz Grand Iason & Anello PC<br>565 Fifth Avenue<br>New York, NY 10017<br>212.880.9555<br>tkasulis@maglaw.com<br>              Via Mail |
|  | Defendant Stephen Curry<br>28 Selby Ln, Atherton, CA 94027<br>              Via Mail |
|  | Defendant Shaquille ONeal<br>4012 Sahara Ct, Carrollton, TX 75010<br>              Via Mail |
|  | Defendant Shohei Ohtani<br>2000 Gene Autry Way<br>Anaheim, California, 92806<br>              Via Electronic Mail |
|  | Defendant, Naomi Osaka<br>c/o Venable LLP<br>David E. Fink<br>2049 Century Park East, Suite 2300<br>Los Angeles, CA 90067<br>T 310.229.9900<br>F 310.229.9901<br>defink@Venable.com |

**US District Court for the Southern District of Florida**
**O'Keefe et al v Sequoia Capital Operations, LLC et al, Case No.: 1:23-CV-20700**

| *Counsel for Plaintiff:* | Via Mail |
|---|---|
|         Via Electronic Mail<br>Amy Michelle Bowers<br>Stumphauzer Foslid Sloman Ross & Kolaya, PLLC | Defendant, Sequoia Capital Operations, LLC<br>        Via Electronic Mail<br>Jennifer Kennedy Park |

| | |
|---|---|
| 2 South Biscayne Boulevard, Suite 1600<br>Miami, FL 33131<br>305-614-1404<br>Fax: 305-614-1425<br>Email: abowers@sfslaw.com<br>Via Electronic Mail<br>Jorge A. Perez Santiago<br>Stumphauzer Kolaya Nadler & Sloman, PLLC<br>Two South Biscayne Boulevard, Ste 1600<br>Miami, FL 33131<br>305-614-1400<br>Email: jperezsantiago@sknlaw.com<br>Via Electronic Mail<br>Benjamin D. Reichard<br>Richard Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email: breichard@fishmanhaygood.com<br>Via Electronic Mail<br>C. Hogan Paschal<br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email: hpaschal@fishmanhaygood.com<br>Via Electronic Mail<br>James R. Swanson<br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email: jswanson@fishmanhaygood.com<br>Via Electronic Mail<br>Kerry James Miller<br>Fishman Haygood LLP<br>201 St. Charles Avenue, Suite 4600<br>New Orleans, LA 70170<br>504-586-5252<br>Email: kmiller@fishmanhaygood.com<br>Via Electronic Mail<br>Monica Bergeron<br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252 | CLEARY GOTTLIEB STEEN &<br>HAMILTON LLP<br>1841 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 815-4130<br>Facsimile: (650) 815-4199<br>jkpark@cgsh.com<br>Via Electronic Mail<br>Alexander C. Drylewski<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>One Manhattan West<br>New York, NY 10001<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2000<br>alexander.drylewski@skadden.com<br>Via Electronic Mail<br>Mark R.S. Foster<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>525 University Avenue<br>Palo Alto, CA 94301<br>Telephone: (650) 470-4500<br>Facsimile: (650) 470-4570<br>mark.foster@skadden.com<br>Via Mail<br>Defendant, Silvergate Bank<br>Through It's Registered Agent, CT<br>Corporation System<br>330 N. Brand Blvd., Ste. 700,<br>Glendale, CA 91203<br>Via Mail<br>Defendant, Signature Bank<br>565 Fifth Avenue<br>New York, NY 70017<br>Via Mail<br>Defendant, Deltec Bank and Trust Company<br>Limited<br>Deltec House, Lyford Cay<br>Nassau, Bahamas<br>Via Mail<br>Defendant, Farmington State Bank<br>d/b/a Moonstone Bank<br>103 North First Street<br>Farmington, WA 99128 |

| | |
|---|---|
| Email: mbergeorn@fishmanhaygood.com<br>Via Electronic Mail<br>Timothy Andrew Kolaya<br>Stumphauzer Kolaya Nadler & Sloman, PLLC<br>2 S. Biscayne Boulevard, Suite 1600<br>Miami, FL 33131<br>305-614-1400<br>Fax: 305-614-1425<br>Email: tkolaya@sknlaw.com | Via Mail<br>Defendant, Jean Chalopin<br>Deltec Houst, Lyford Cay<br>Nassau, Bahamas<br>Via Mail<br>Defendant, Thoma Bravo L.P.<br>Through It's Registered Agent,<br>CT Corporation System<br>28 Liberty Street<br>New York, NY 10005<br>Via Electronic Mail<br>*Counsel for Paradigm Operations LP*<br>Alexander C. Drylewski<br>Skadden, Arps, Slate, Meagher Flom LLP<br>One Manhattan West<br>New York, NY 10001-8602<br>212-735-3000<br>Fax: 212-735-2000<br>Email: alexander.drylewski@skadden.com<br>Via Electronic Mail<br>Mark R.S. Foster<br>Skadden Arps Slate Meagher & Flom LLP<br>525 University Ave. Ste 1400<br>Palo Alto, CA 94103<br>(650) 470-4580<br>Fax: (650) 470-4570<br>Email: mark.foster@skadden.com<br>Via Mail<br>Defendant, Temasek Holdings (Private) Limited<br>Through It's Registered Agent, Corporation Service Company 251 Little Falls Drive<br>Wilmington, DE 19808<br>Via Mail<br>Defendant, Softbank Vision Fund (AIV M2) L.P.<br>Through It's Registered Agent, Corporation Service Company 251 Little Falls Drive<br>Wilmington, DE 19808<br>Via Mail<br>Defendant, Ribbit Capital, L.P.<br>Through It's Registered Agent, The Corporation Trust Company Corporation Trust Center 1209 Orange St.<br>Wilmington, DE 19801<br>Via Mail |

Defendant,  Altimeter Capital Management, LP
Through It's Registered Agent, The Corporation Trust Company Corporation Trust Center 1209 Orange St.
Wilmington, DE 19801

Via Mail

Defendant, Multicoin Capital Management LLC
501 West Ave., Apt. 3803
Austin, TX 78701

Via Mail

Defendant,Tiger Global Management, LLC
Through It's Registered Agent, Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Via Mail

Defendant, Sino Global Capital Limited
c/o Matthew Graham Chaoyang, Beijing, Beijing Shi, 100125, China

Via Mail

Defendant, Fenwick & West LLP
Silicon Vally Center 801 California Street
Mountain View, CA 94041

Via Eletronic Mail

*Counsel for Prager Metis CPAs, LLC*
Joanna R. Travalini
Sidley Austin LLP
1 S. Dearborn
Chicago, IL 60603
(312) 853-7000
jtravalini@sidley.com

Via Electronic Mail

Irene Yang
Sidley Austin LLP
555 California St
San Francisco, CA
(415) 772-1230
irene.yang@sidley.com

Via Mail

Defendant, Armanino, LLP
12657 Alcosta Blvd, Suite 500
San Ramon, CA 94583

Via Mail

Defendant, Softbank Group Corp.

|  | Attn: SBGI Legal 1 Circle Star Way, 4F San Carlos, CA 94070 |
|---|---|

| **US District Court for the Northern District of California** <br> **Papadakis v. Bankman-Fried et al, Case No.: 3:23-CV-00024** ||
|---|---|
| *Counsel for Plaintiff:* <br>           Via Electronic Mail <br> Frederic S. Fox <br> Kaplan Fox & Kilsheimer <br> 850 Third Avenue, 14th Floor <br> New York, NY 10022 <br> 212-687-1980 <br> FFox@kaplanfox.com <br>           Via Electronic Mail <br> Jeffrey Philip Campisi <br> Kaplan Fox and Kilsheimer LLP <br> 850 Third Avenue <br> New York, NY 10022 <br> 212-687-1980 <br> jcampisi@kaplanfox.com <br>           Via Electronic Mail <br> Joel B. Strauss <br> Kaplan Fox & Kilsheimer LLP <br> 805 Third Avenue, 14th Floor <br> New York, NY 10022 <br> 212-687-1980 <br> 212-687-7714 <br> jstrauss@kaplanfox.com <br>           Via Electronic Mail <br> Kathleen A. Herkenhoff <br> Kaplan Fox & Kilsheimer LLP <br> 1999 Harrison Street, Suite 1560 <br> Oakland, CA 94612 <br> 415-772-4700 <br> 415-772-4707 <br> Kherkenhoff@kaplanfox.com <br>           Via Electronic Mail <br> Laurence D. King <br> Kaplan Fox & Kilsheimer LLP <br> 1999 Harrison Street, Suite 1560 <br> Oakland, CA 94612 <br> 415-772-4700 <br> 415-772-4707 <br> lking@kaplanfox.com | *Counsel for Defendant Armanino LLP:* <br>           Via Electronic Mail <br> Ann Marie Mortimer <br> Hunton Andrews Kurth LLP <br> 550 South Hope Street, Suite 2000 <br> Los Angeles, CA 90071 <br> 213-532-2103 <br> amortimer@HuntonAK.com <br>           Via Electronic Mail <br> Kirk Austin Hornbeck <br> Hunton Andrews Kurth LLP Los Angeles Office <br> 550 S. Hope Street, Suite 2000 <br> Los Angeles, CA 90071 <br> 213-532-2000 <br> 213-532-2020 <br> khornbeck@HuntonAK.com <br>           Via Electronic Mail <br> Thomas Richard Waskom <br> Hunton Andrews Kurth LLP <br> 951 East Byrd St. <br> Richmond, VA 23219 <br> 804-788-8403 <br> twaskom@HuntonAK.com <br><br> *Counsel for Defendant Prager Metis CPAs, LLC:* <br>           Via Electronic Mail <br> Bruce Roger Braun <br> Sidley Austin LLP <br> One S. Dearborn <br> Chicago, Il 60603 <br> 312-853-7000 <br> 312-853-7036 <br> bbraun@sidley.com <br>           Via Electronic Mail <br> Joanna Rubin Travalini <br> Sidley Austin LLP <br> One South Dearborn Street <br> Chicago, IL 60603 <br> 312-853-2077 |

jtravalini@sidley.com
                                     Via Electronic Mail
Sarah Alison Hemmendinger
Sidley Austin LLP
555 California Street, Suite 2000
San Francisco, CA 94104
415-772-7413
415-772-7400
shemmendinger@sidley.com
                                     Via Electronic Mail
Irene Yang
Sidley Austin LLP
555 California St
San Francisco, CA
(415) 772-1230
irene.yang@sidley.com

                                     Via Electronic Mail
Tommy Hoyt
Sidley Austin LLP
One S. Dearborn Street
Chicago, IL 60603
312-853-0914
312-853-7036
thoyt@sidley.com
                                     Via Electronic Mail
Defendant Samuel Bankman-Fried
c/o Jeremy D. Mishkin
Montgomery McCracken Walker & Rhoads
LLP
1735 Market Street
Philadelphia, PA 19103-7505
Direct: 215-772-7246
jmishkin@mmwr.com
                                              Via Mail
Defendant Caroline Ellison
327 Franklin Street
Newton, MA 02458
and
                                     Via Electronic Mail
c/o Stephanie Avakian
Wilmer Hale
2100 Pennsylvania Avenue NW
Washington DC 20037
Phone: 202-663-6471
stephanie.avakian@wilmerhale.com

| | |
|---|---|
| | Via Mail |
| | Defendant Zixiao Gary Wang<br>304 Island Lane<br>Egg Harbor Township, NJ 08234<br>and |
| | Via Electronic Mail |
| | c/o Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>ilan.graff@friedfrank.com;<br>alex.miller@friedfrank.com |
| | Via Mail |
| | Defendant Nishad Singh<br>746 Jennifer Way<br>Milpitas, CA 95035<br>And |
| | Via Electronic Mail |
| | c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>+1 202 842 7800 phone |

**US District Court for the Northern District of California**
**Jessup v. Bankman-Fried et al, Case No.: 3:22-cv-07666-JSC**

| | |
|---|---|
| *Counsel for Plaintiff:* | Via Electronic Mail |
| Via Electronic Mail | Defendant Samuel Bankman-Fried |
| P. Solange Hilfinger-Pardo<br>Edelson PC<br>150 California Street<br>18th Floor<br>San Francisco, CA 94111<br>415-212-9300<br>shilfingerpardo@edelson.com | c/o Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads<br>LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com |
| Via Electronic Mail | Via Mail |
| Todd M. Logan<br>Edelson PC<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>(415) 212-9300<br>Fax: (415) 373-9435<br>tlogan@edelson.com | Defendant Caroline Ellison<br>327 Franklin Street<br>Newton, MA 02458<br>and |
| | Via Electronic Mail |
| | c/o Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW |

|  | Washington DC 20037 |
|  | Phone: 202-663-6471 |
|  | stephanie.avakian@wilmerhale.com |
|  | *Via Mail* |
|  | Defendant Zixiao Gary Wang |
|  | 304 Island Lane |
|  | Egg Harbor Township, NJ 08234 |
|  | and |
|  | *Via Electronic Mail* |
|  | c/o Alex B. Miller |
|  | Fried Frank |
|  | One New York Plaza |
|  | New York, New York 10004 |
|  | T: +1.212.859.8000 |
|  | ilan.graff@friedfrank.com; |
|  | alex.miller@friedfrank.com |
|  | *Via Mail* |
|  | Defendant Nishad Singh |
|  | 746 Jennifer Way |
|  | Milpitas, CA 95035 |
|  | And |
|  | *Via Electronic Mail* |
|  | c/o Andrew Goldstein |
|  | Cooley LLP |
|  | 1299 Pennsylvania Avenue, NW |
|  | Suite 700 |
|  | Washington, DC 20004-2400 |
|  | agoldstein@cooley.com |
|  | +1 202 842 7800 phone |
|  | *Via Mail* |
|  | Defendant Sam Trabucco |
|  | 36 Winner Circle, |
|  | Wells ME 04090-5174 |

**US District Court for the Northern District of California**
**Hawkins v. Bankman-Fried et al, Case No.: 3:22-CV-07620**

| *Counsel for Plaintiff:* | Defendant Samuel Bankman-Fried |
| *Via Electronic Mail* | *Via Electronic Mail* |
| Jennifer Pafiti | c/o Jeremy D. Mishkin |
| Pomerantz LLP | Montgomery McCracken Walker & Rhoads |
| 1100 Glendon Avenue, 15th Floor | LLP |
| Los Angeles, CA 90024 | 1735 Market Street |
| 310-405-7190 | Philadelphia, PA 19103-7505 |
| jpafiti@pomlaw.com | Direct: 215-772-7246 |
| *Via Electronic Mail* | jmishkin@mmwr.com |
| Eitan Kimelman | *Via Mail* |
| Bronstein Gewirtz & Grossman LLC | Defendant Caroline Ellison |

| | |
|---|---|
| 60 East 42nd Street, Suite 4600<br>New York, NY 10165<br>212-697-6484<br>212-697-7296<br>eitank@bgandg.com<br><div align="right">Via Electronic Mail</div>J Alexander Hood, II<br>Pomerantz LLP<br>600 Third Avenue, 20th Floor<br>New York, NY 10016<br>212-661-1100<br>212-661-8665<br>ahood@pomlaw.com<br><div align="right">Via Electronic Mail</div>Jeremy A. Lieberman<br>Pomerantz LLP<br>600 Third Avenue, 20th Floor<br>New York, NY 10016<br>212-661-1100<br>212-661-8665<br>jalieberman@pomlaw.com<br><div align="right">Via Electronic Mail</div>Peretz Bronstein<br>Bronstein Gewirtz & Grossman, LLC<br>60 East 42nd Street, Suite 4600<br>New York, NY 10165<br>212-697-6484<br>212-697-7296<br>peretz@bgandg.com | 327 Franklin Street<br>Newton, MA 02458<br>and<br><div align="right">Via Electronic Mail</div>c/o Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com<br><div align="right">Via Mail</div>Defendant Zixiao Gary Wang<br>304 Island Lane<br>Egg Harbor Township, NJ 08234<br>and<br><div align="right">Via Electronic Mail</div>c/o Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>ilan.graff@friedfrank.com;<br>alex.miller@friedfrank.com<br><div align="right">Via Mail</div>Defendant Nishad Singh<br>746 Jennifer Way<br>Milpitas, CA 95035<br>And<br><div align="right">Via Electronic Mail</div>c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>+1 202 842 7800 phone<br><br>*Counsel for Defendant Armanino LLP:*<br><div align="right">Via Electronic Mail</div>Ann Marie Mortimer<br>Hunton Andrews Kurth LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>213-532-2103<br>amortimer@HuntonAK.com<br><div align="right">Via Electronic Mail</div> |

| | Kirk Austin Hornbeck |
| --- | --- |
| | Hunton Andrews Kurth LLP Los Angeles Office |
| | 550 S. Hope Street, Suite 2000 |
| | Los Angeles, CA 90071 |
| | 213-532-2000 |
| | 213-532-2020 |
| | khornbeck@HuntonAK.com |
| | *Via Electronic Mail* |
| | Thomas Richard Waskom |
| | Hunton Andrews Kurth LLP |
| | 951 East Byrd St. |
| | Richmond, VA 23219 |
| | 804-788-8403 |
| | twaskom@HuntonAK.com |

**US District Court for the Northern District of California**
**Pierce et al v. Bankman-Fried et al, Case No.: 3:22-CV-07444**

| *Counsel for Plaintiffs:* | Defendant Samuel Bankman-Fried |
| --- | --- |
| *Via Electronic Mail* | *Via Electronic Mail* |
| Marshal Hoda | c/o Jeremy D. Mishkin |
| The Hoda Law Firm, PLLC | Montgomery McCracken Walker & Rhoads LLP |
| 12333 Sowden Road, Suite B, PMB 51811 | |
| Houston, TX 77080 | 1735 Market Street |
| 832-848-0036 | Philadelphia, PA 19103-7505 |
| marshal@thehodalawfirm.com | Direct: 215-772-7246 |
| *Via Electronic Mail* | jmishkin@mmwr.com |
| Steven C. Vondran | *Via Mail* |
| The Law Offices of Steven C. Vondran, PC | Defendant Caroline Ellison |
| One Sansome Street, Suite 3500 | 327 Franklin Street |
| San Francisco, CA 94104 | Newton, MA 02458 |
| 877-276-5084 | and |
| 888-551-2252 | *Via Electronic Mail* |
| steve@vondranlegal.com | c/o Stephanie Avakian |
| | Wilmer Hale |
| | 2100 Pennsylvania Avenue NW |
| | Washington DC 20037 |
| | Phone: 202-663-6471 |
| | stephanie.avakian@wilmerhale.com |
| | *Via Mail* |
| | Defendant Zixiao Gary Wang |
| | 304 Island Lane |
| | Egg Harbor Township, NJ 08234 |
| | and |
| | *Via Electronic Mail* |
| | c/o Alex B. Miller |
| | Fried Frank |

One New York Plaza
New York, New York 10004
T: +1.212.859.8000
ilan.graff@friedfrank.com;
alex.miller@friedfrank.com

<div align="right">Via Mail</div>

Defendant Nishad Singh
746 Jennifer Way
Milpitas, CA 95035
and

<div align="right">Via Electronic Mail</div>

c/o Andrew Goldstein
Cooley LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
agoldstein@cooley.com
+1 202 842 7800 phone

*Counsel for Defendant Armanino LLP:*
<div align="right">Via Electronic Mail</div>

Ann Marie Mortimer
Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, CA 90071
213-532-2103
amortimer@HuntonAK.com

<div align="right">Via Electronic Mail</div>

Kirk Austin Hornbeck
Hunton Andrews Kurth LLP Los Angeles
Office
550 S. Hope Street, Suite 2000
Los Angeles, CA 90071
213-532-2000
213-532-2020
khornbeck@HuntonAK.com

<div align="right">Via Electronic Mail</div>

Thomas Richard Waskom
Hunton Andrews Kurth LLP
951 East Byrd St.
Richmond, VA 23219
804-788-8403
twaskom@HuntonAK.com

*Counsel for Prager Metis CPAs, LLC:*
<div align="right">Via Electronic Mail</div>

|  | Bruce Roger Braun |
|  | Sidley Austin LLP |
|  | One S. Dearborn |
|  | Chicago, Il 60603 |
|  | 312-853-7000 |
|  | 312-853-7036 |
|  | bbraun@sidley.com |
|  | Via Electronic Mail |
|  | Joanna Rubin Travalini |
|  | Sidley Austin LLP |
|  | One South Dearborn Street |
|  | Chicago, IL 60603 |
|  | 312-853-2077 |
|  | jtravalini@sidley.com |
|  | Via Electronic Mail |
|  | Sarah Alison Hemmendinger |
|  | Sidley Austin LLP |
|  | 555 California Street, Suite 2000 |
|  | San Francisco, CA 94104 |
|  | 415-772-7413 |
|  | 415-772-7400 |
|  | shemmendinger@sidley.com |
|  | Via Electronic Mail |
|  | Tommy Hoyt |
|  | Sidley Austin LLP |
|  | One S. Dearborn Street |
|  | Chicago, IL 60603 |
|  | 312-853-0914 |
|  | 312-853-7036 |
|  | thoyt@sidley.com |
|  | Via Electronic Mail |
|  | Irene Yang |
|  | Sidley Austin LLP |
|  | 555 California St |
|  | San Francisco, CA |
|  | (415) 772-1230 |
|  | irene.yang@sidley.com |

**US District Court for the Northern District of California**
**Bhatia v. Silvergate Bank, Case No.: 3:23-cv-00667**

| *Counsel for Plaintiff, Soham Bhatia:* | *Counsel for Silvergate Bank. Silvergate* |
| Via Electronic Mail | *Capital Corporation, and Alan J Lane* |
| Matthew W. Reiser , Reise | Via Electronic Mail |
| Reiserlaw | Polly Towill |
| 1475 N. Broadway, Suite 300 | Sheppard, Mullin, Richter & Hampton LLP |
|  | 333 S. Hope Street, 48th Floor |

| | |
|---|---|
| Walnut Creek, CA 94596<br>(925) 256-0400<br>Email: matthew@reiserlaw.com<br><div align="right">Via Electronic Mail</div>Michael Joseph Reiser<br>Reiser Law p.c.<br>1475 N. Broadway, Suite #300<br>Walnut Creek, CA 94596<br>(925)256-0400<br>Fax: 925-476-0304<br>Email: Michael@reiserlaw.com | Los Angeles, CA 90071<br>213-620-1780<br>Fax: 213-620-1398<br>Email: ptowill@sheppardmullin.com |

<div align="center">

**US District Court for the Northern District of California**

**Keane v. Silvergate Bank, et al., Case No. 4:23-cv-00670**

</div>

| | |
|---|---|
| *Counsel for Plaintiff, Nicole Keane*<br><div align="right">Via Electronic Mail</div>Jack Fitzgerald<br>Fitzgerald Joseph, LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>(619) 215-1741<br>Email: jack@fitzgeraldjoseph.com<br><div align="right">Via Electronic Mail</div>Caroline Emhardt<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>(619) 215-1741<br>Email: caroline@fitzgeraldjoseph.com<br><div align="right">Via Electronic Mail</div>James M. Davis<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>619-338-1100<br>Fax: 619-338-1101<br>Email: jdavis@bholaw.com<br><div align="right">Via Electronic Mail</div>Melanie Rae Persinger<br>Fitzgerald Joseph, LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>(619) 215-1741<br>Email: melanie@fitzgeraldjoseph.com<br><div align="right">Via Electronic Mail</div> | *Counsel for Silvergate Bank. And Silvergate*<br>*Capital Corporation*<br><div align="right">Via Electronic Mail</div>Polly Towill<br>Sheppard, Mullin, Richter & Hampton LLP<br>333 S. Hope Street, 48th Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>Fax: 213-620-1398<br>Email: ptowill@sheppardmullin.com |

| | |
|---|---|
| Paul K. Joseph<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>(619) 215-1741<br>Email: paul@fitzgeraldjoseph.com<br><div align="right">Via Electronic Mail</div>Thomas Joseph O'Reardon , II<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>(619) 338-1100<br>Fax: (619) 338-1101<br>Email: toreardon@bholaw.com<br><div align="right">Via Electronic Mail</div>Timothy G. Blood<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>(619) 338-1100<br>Fax: (619) 338-1101<br>Email: tblood@bholaw.com<br><div align="right">Via Electronic Mail</div>Trevor Matthew Flynn<br>Fitzgerald Joseph, LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>(619) 215-1741<br>Email: trevor@fitzgeraldjoseph.com | |

| US District Court for the Northern District of California ||
|:---:|:---:|
| **Magleby, et al. v. Silvergate Bank, et al., No. 3:23-cv-00669** ||
| *Counsel for Plaintiffs:*<br><div align="right">Via Electronic Mail</div>Daniel C. Girard<br>Girard Sharp LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>Fax: 415-981-4846<br>Email: dgirard@girardsharp.com<br><div align="right">Via Electronic Mail</div>Adam E. Polk<br>Girard Sharp LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>(415) 981-4800 | *Counsel for Silvergate Bank. And Silvergate Capital Corporation*<br><div align="right">Via Electronic Mail</div>Polly Towill<br>Sheppard, Mullin, Richter & Hampton LLP<br>333 S. Hope Street, 48th Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>Fax: 213-620-1398<br>Email: ptowill@sheppardmullin.com |

| | |
|---|---|
| Fax: (415) 981-4846<br>Email: apolk@girardsharp.com<br>       Via Electronic Mail<br>Tom Lane Watts<br>Girard Sharp LLP<br>601 California Street. Suite 1400<br>San Francisco, CA 94108<br>(415) 981-4800<br>Fax: (415) 981-4846<br>Email: tomw@girardsharp.com<br>       Via Electronic Mail<br>Jason Scott Hartley<br>Hartley LLP<br>101 W. Broadway, Suite 820<br>San Diego, CA 92101<br>(619) 400-5822<br>Fax: (619) 400-5832<br>Email: hartley@hartleyllp.com<br>       Via Electronic Mail<br>Jason Michael Lindner<br>Hartley LLP<br>101 W. Broadway, Suite 820<br>San Diego, CA 92101<br>619-400-5822<br>Fax: 619-400-5832<br>Email: lindner@hartleyllp.com | |

| | |
|---|---|
| **US District Court for the Northern District of California**<br>**Lam et al v. Bankman-Fried, Case No.: 3:22-CV-07336** | |
| *Counsel for Plaintiff, Elliott Lam:*<br>       Via Electronic Mail<br>William M. Audet<br>Audet & Partners, LLP<br>711 Van Ness Avenue. Suite 500<br>San Francisco, CA 94102-3229<br>415-568-2555<br>415-568-2556<br>waudet@audetlaw.com<br>       Via Electronic Mail<br>Kurt David Kessler<br>Audet & Partners LLP<br>711 Van Ness Avenue<br>Suite 500<br>San Francisco, CA 94102-3275<br>415-568-2555<br>kkessler@audetlaw.com<br>       Via Electronic Mail |        Via Electronic Mail<br>Defendant Sam Bankman-Fried<br>c/o Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads<br>LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com<br>       Via Electronic Mail<br>Defendant Caroline Ellison<br>c/o Stephanie Avakian<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com<br>       Via Electronic Mail<br>Defendant Golden State Warriors, LLC |

| | |
|---|---|
| Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>415-772-4700<br>415-772-4707<br>lking@kaplanfox.com<br>                        Via Electronic Mail | c/o Gibson, Dunn & Crutcher LLP<br>Matthew S. Kahn<br>555 Mission Street<br>San Francisco, CA 94105-0921<br>Tel +1 415.393.8212<br>Fax +1 415.374.8466<br>MKahn@gibsondunn.com |
| Ling Yue Kuang<br>Audet & Partners, LLP<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102<br>415-568-2555<br>415-568-2556<br>lkuang@audetlaw.com<br>                        Via Electronic Mail | |
| Robert Lawrence Lieff<br>PO Drawer A<br>Rutherford, CA 94573<br>415-250-4800<br>rlieff@lieff.com | |
| *Counsel for Plaintiffs, Julie Papadakis, Elliott Jessup:*<br>                        Via Electronic Mail | |
| Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>415-772-4700<br>415-772-4707<br>lking@kaplanfox.com<br>                        Via Electronic Mail | |
| Todd M. Logan<br>Edelson PC<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>415-212-9300<br>415-373-9435<br>tlogan@edelson.com | |
| *Counsel for Plaintiff, Russell Hawkins:*<br>                        Via Electronic Mail | |
| Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560 | |

| | |
|---|---|
| Oakland, CA 94612<br>415-772-4700<br>415-772-4707<br>lking@kaplanfox.com<br><br>*Counsel for Plaintiff, Stephen T. Pierce:*<br>                          Via Electronic Mail<br>Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>415-772-4700<br>415-772-4707<br>lking@kaplanfox.com<br>                          Via Electronic Mail<br>Marshal Hoda<br>The Hoda Law Firm, PLLC<br>12333 Sowden Road, Suite B, PMB 51811<br>Houston, TX 77080<br>832-848-0036<br>marshal@thehodalawfirm.com | |

| US District Court for the Northern District of California ||
|---|---|
| **Rabitte v. Sequoia Capital Operations, LLP et al, Case No.: 3:23-CV-00655** ||
| *Counsel for Plaintiff*<br>                    Via Electronic Mail<br>Shawn A. Williams<br>Robbins Geller Rudman & Dowd LLP<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>(415) 288-4545<br>Fax: (415) 288-4534<br>Email: shawnw@rgrdlaw.com<br>                    Via Electronic Mail<br>Anny Marie Martin<br>Robbins Geller Rudman & Dowd LLP<br>Robbins Geller Rudman & Dowd LLP<br>225 NW Mizner Blvd., Suite 720<br>Boca Raton, FL 33432<br>561-750-3000<br>Fax: 561-750-3364<br>Email: amartin@rgrdlaw.com<br>                    Via Electronic Mail<br>Brian Edward Cochran<br>Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900 | *Counsel for Sequoia Capital Operations, LLC*<br>                    Via Electronic Mail<br>Jennifer Kennedy Park<br>Cleary Gottlieb Steen & Hamilton LLP<br>1841 Page Mill Rd<br>Suite 250<br>Palo Alto, CA 94304<br>650-815-4100<br>Email: jkpark@cgsh.com<br>                    Via Electronic Mail<br>Joshua Walden<br>Cleary Gottlieb Steen & Hamilton LLP<br>1841 Page Mill Road<br>Palo Alto, CA 94304<br>650-815-4160<br>Email: jwalden@cgsh.com<br>                    Via Electronic Mail<br>Ye Eun Chun<br>Cleary Gottlieb Steen & Hamilton LLP<br>1841 Page Mill Road<br>Palo Alto, CA 94304-1254<br>650-815-4111<br>Email: chchun@cgsh.com |

| | |
|---|---|
| San Diego, CA 92101-8498 | Via Electronic Mail |
| (619) 231-1058 | *Counsel for Thoma Bravo,* |
| Fax: (619) 231-7423 | Mark Edward McKane |
| Email: BCochran@rgrdlaw.com | Kirkland & Ellis LLP |
| Via Electronic Mail | 555 California Street |
| Eric Ian Niehaus | San Francisco, CA 94104 |
| Robbins Geller Rudman and Dowd LLP | (415) 439-1473 |
| 655 West Broadway, Suite 1900 | Fax: (415) 439-1500 |
| San Diego, CA 92101-3301 | Email: mark.mckane@kirkland.com |
| 619-231-1058 | Via Electronic Mail |
| Fax: 619-231-7423 | Anna Terteryan |
| Email: ericn@rgrdlaw.com | Kirkland and Ellis LLP |
| Via Electronic Mail | 555 California Street, Suite 2700 |
| Hadiya Khan Deshmukh | San Francisco, CA 94104 |
| Robbins Geller Rudman & Dowd LLP | 415-439-1864 |
| Post Montgomery Center | Fax: 415-439-1500 |
| One Montgomery Street, Suite 1800 | Email: anna.terteryan@kirkland.com |
| San Francisco, CA 94104 | Via Electronic Mail |
| (415) 288-4545 | Stephen M. Silva |
| Fax: (415) 288-4534 | Kirkland & Ellis LLP |
| Email: hdeshmukh@rgrdlaw.com | 555 California Street |
| Via Electronic Mail | San Francisco, CA 94104 |
| Kenneth P. Dolitsky | 415-439-1359 |
| Robbins Geller Rudman & Dowd LLP | Email: stephen.silva@kirkland.com |
| 655 West Broadway, Suite 1900 | Via Electronic Mail |
| San Diego, CA 92101-8498 | *Counsel for Paradigm Operations LP* |
| (619) 231-1058 | Alexander C. Drylewski |
| Fax: (619) 231-7423 | Skadden, Arps, Slate, Meagher Flom LLP |
| Email: kdolitsky@rgrdlaw.com | One Manhattan West |
| Via Electronic Mail | New York, NY 10001-8602 |
| Stuart Andrew Davidson | 212-735-3000 |
| Robbins Geller Rudman & Dowd LLP | Fax: 212-735-2000 |
| 225 NE Mizner Boulevard, Suite 720 | Email: alexander.drylewski@skadden.com |
| Boca Raton, FL 33432 | Via Electronic Mail |
| 561-750-3000 | Mark R.S. Foster |
| Fax: 561-750-3364 | Skadden Arps Slate Meagher & Flom LLP |
| Email: sdavidson@rgrdlaw.com | 525 University Ave. Ste 1400 |
| | Palo Alto, CA 94103 |
| | (650) 470-4580 |
| | Fax: (650) 470-4570 |
| | Email: mark.foster@skadden.com |

| | |
|---|---|
| **US District Court for the Northern District of California** | |
| **Girshovich v. Sequoia Capital Operations, LLP et al, Case No.: 3:23-CV-00945** | |
| *Counsel for Plaintiff* | *Counsel for Sequoia Capital Operations, LLC* |
| Via Electronic Mail | Via Electronic Mail |

| | |
|---|---|
| Azra Z. Mehdi<br>The Mehdi Firm, PC<br>95 Third Street<br>2nd Floor, Ste No. 9122<br>San Francisco, CA 94103<br>(415) 905-8880<br>Fax: (415) 905-8880<br>Email: azram@themehdifirm.com | Jennifer Kennedy Park<br>Cleary Gottlieb Steen & Hamilton LLP<br>1841 Page Mill Rd<br>Suite 250<br>Palo Alto, CA 94304<br>650-815-4100<br>Email: jkpark@cgsh.com<br>Via Electronic Mail<br>Joshua Walden<br>Cleary Gottlieb Steen & Hamilton LLP<br>1841 Page Mill Road<br>Palo Alto, CA 94304<br>650-815-4160<br>Email: jwalden@cgsh.com<br>Via Electronic Mail<br>Ye Eun Chun<br>Cleary Gottlieb Steen & Hamilton LLP<br>1841 Page Mill Road<br>Palo Alto, CA 94304-1254<br>650-815-4111<br>Email: chchun@cgsh.com<br>Via Electronic Mail<br>*Counsel for Thoma Bravo,*<br>Mark Edward McKane<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, CA 94104<br>(415) 439-1473<br>Fax: (415) 439-1500<br>Email: mark.mckane@kirkland.com<br>Via Electronic Mail<br>Anna Terteryan<br>Kirkland and Ellis LLP<br>555 California Street, Suite 2700<br>San Francisco, CA 94104<br>415-439-1864<br>Fax: 415-439-1500<br>Email: anna.terteryan@kirkland.com<br>Via Electronic Mail<br>Stephen M. Silva<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, CA 94104<br>415-439-1359<br>Email: stephen.silva@kirkland.com<br>Via Electronic Mail |

| | *Counsel for Paradigm Operations LP*<br>Alexander C. Drylewski<br>Skadden, Arps, Slate, Meagher Flom LLP<br>One Manhattan West<br>New York, NY 10001-8602<br>212-735-3000<br>Fax: 212-735-2000<br>Email: alexander.drylewski@skadden.com<br><div align="right">Via Electronic Mail</div><br>Mark R.S. Foster<br>Skadden Arps Slate Meagher & Flom LLP<br>525 University Ave. Ste 1400<br>Palo Alto, CA 94103<br>(650) 470-4580<br>Fax: (650) 470-4570<br>Email: mark.foster@skadden.com |
|---|---|

**US District Court for the Southern District of California**
**Gonzalez v. Silvergate Bank et al, Case No.: 3:22-CV-01981**

| *Counsel for Plaintiff* | *Counsel for Defendant Silvergate Bank* |
|---|---|
| <div align="right">Via Electronic Mail</div>Adam E. Polk<br>Girard Sharp LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>apolk@girardsharp.com<br><div align="right">Via Electronic Mail</div>Daniel C. Girard<br>Girard Sharp LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>415-981-4846<br>dgirard@girardsharp.com<br><div align="right">Via Electronic Mail</div>Jason S Hartley<br>Hartley LLP<br>101 West Broadway, Suite 820<br>San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>hartley@hartleyllp.com<br><div align="right">Via Electronic Mail</div>Jason M. Lindner<br>Stueve Siegel Hanson LLP | <div align="right">Via Electronic Mail</div>John Michael Landry<br>Sheppard Mullin Richter &<br>Hampton<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>jlandry@sheppardmullin.com<br><div align="right">Via Electronic Mail</div>Madalyn Annabel Macarr<br>Sheppard Mullin Richter &<br>Hampton<br>333 S. Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>mmacarr@sheppardmullin.com<br><div align="right">Via Electronic Mail</div>Polly Towill<br>Sheppard Mullin Richter and<br>Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071 213-<br>617-5480<br>213-620-1398 |

| | |
|---|---|
| 550 West C Street, Suite 610<br>San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>lindner@stuevesiegel.com<br>Via Electronic Mail<br><br>Makenna Cox<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>mcox@girardsharp.com | ptowill@sheppardmullin.com<br><br>*Counsel for Defendant Silvergate Capital Corporation*<br>Via Electronic Mail<br>John Michael Landry<br>Sheppard Mullin Richter & Hampton<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>jlandry@sheppardmullin.com<br>Via Electronic Mail<br>Madalyn Annabel Macarr<br>Sheppard Mullin Richter & Hampton<br>333 S. Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>mmacarr@sheppardmullin.com<br>Via Electronic Mail<br>Polly Towill<br>Sheppard Mullin Richter and Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-617-5480<br>213-620-1398<br>ptowill@sheppardmullin.com<br><br>*Counsel for Defendant Alan J. Lane*<br>Via Electronic Mail<br>John Michael Landry<br>Sheppard Mullin Richter & Hampton<br>333 South Hope Street<br>43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>jlandry@sheppardmullin.com<br>Via Electronic Mail<br>Madalyn Annabel Macarr<br>Sheppard Mullin Richter & Hampton<br>333 S. Hope Street. 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398 |

|  | mmacarr@sheppardmullin.com |
|  | Via Electronic Mail |
|  | Polly Towill |
|  | Sheppard Mullin Richter and Hampton LLP |
|  | 333 South Hope Street, 43rd Floor |
|  | Los Angeles, CA 90071 |
|  | 213-617-5480 |
|  | 213-620-1398 |
|  | ptowill@sheppardmullin.com |

**US District Court for the Southern District of California**

**Sepulveda Zuleta et al v. Silvergate Capital Corporation et al,**

**Case No.: 3:22-CV-01901**

| *Counsel for Plaintiffs* | *Counsel for Defendanst Silvergate Capital* |
|---|---|
| Via Electronic Mail | *Corporation, Christopher M. Lane, Alan J.* |
| Caroline S. Emhardt | *Lane, Tyler J. Pearson, Jason Brenier* |
| Fitzgerald Joseph LLP | Via Electronic Mail |
| 2341 Jefferson Street, Suite 200 | Polly Towill |
| San Diego, CA 92110 | Sheppard Mullin Richter and Hampton LLP |
| 619-215-1741 | 333 South Hope Street, 43rd Floor |
| caroline@fitzgeraldjoseph.com | Los Angeles, CA 90071 |
| Via Electronic Mail | 213-617-5480 |
| Jack Fitzgerald | 213-620-1398 |
| Fitzgerald Joseph LLP | ptowill@sheppardmullin.com |
| 2341 Jefferson Street, Suite 200 | Via Electronic Mail |
| San Diego, CA 92110 | John Michael Landry |
| 619-215-1741 | Sheppard Mullin Richter & Hampton |
| 619-331-2943 | 333 South Hope Street, 43rd Floor |
| jack@fitzgeraldjoseph.com | Los Angeles, CA 90071 |
| Via Electronic Mail | 213-620-1780 |
| James M. Davis, IV | 213-620-1398 |
| Casey Gerry LLP | jlandry@sheppardmullin.com |
| 110 Laurel Street, San Diego, CA 92101 |  |
| 619-238-1811 | Via Electronic Mail |
| 619-544-9232 | Madalyn Annabel Macarr |
| jdavis@cglaw.com (Inactive) | Sheppard Mullin Richter & Hampton 333 S. |
| Via Electronic Mail | Hope Street, 43rd Floor |
| Melanie Rae Persinger | Los Angeles, CA 90071 |
| Fitzgerald Joseph LLP | 213-620-1780 |
| 2341 Jefferson Street, Suite 200 | 213-620-1398 |
| San Diego, CA 92110 | mmacarr@sheppardmullin.com |
| 619-215-1741 |  |
| melanie@fitzgeraldjoseph.com |  |
| Via Electronic Mail |  |
| Paul K. Joseph |  |
| Fitzgerald Joseph LLP |  |
| 2341 Jefferson Street, Suite 200 |  |

| | |
|---|---|
| San Diego, CA 92110<br>619-215-1741<br>paul@pauljosephlaw.com<br>　　　　　　　　　　　Via Electronic Mail<br>Thomas Joseph O'Reardon, II<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>619-338-1100<br>619-338-1101<br>toreardon@bholaw.com<br>　　　　　　　　　　　Via Electronic Mail<br>Timothy G. Blood<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>619-338-1100<br>619-338-1101<br>tblood@bholaw.com<br>　　　　　　　　　　　Via Electronic Mail<br>Trevor Matthew Flynn<br>Fitzgerald Joseph, LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>trevor@fitzgeraldjoseph.com | |

| US District Court for the Southern District of California<br>Husary et al v. Silvergate Bank et al, Case No.: 3:23-CV-00038 ||
|---|---|
| *Counsel for Plaintiffs Andrawes Husary,*<br>*Francisco De Tomaso, Soham Bhatia,*<br>*Michael Hawwa:*<br>　　　　　　　　　　　Via Electronic Mail<br>Isabella Martinez<br>Reiser Law PC<br>1475 North Broadway, Suite 300<br>Walnut Creek, CA 94596<br>925-256-0400<br>isabella@reiserlaw.com<br>　　　　　　　　　　　Via Electronic Mail<br>Jason S Hartley<br>Hartley LLP<br>101 West Broadway, Suite 820<br>San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>hartley@hartleyllp.com | *Counsel for Defendanst Silvergate Capital*<br>*Corporation, Silvergate Bank, and Alan J.*<br>*Lane*<br>　　　　　　　　　　　Via Electronic Mail<br>Polly Towill<br>Sheppard Mullin Richter and Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-617-5480<br>213-620-1398<br>ptowill@sheppardmullin.com<br>　　　　　　　　　　　Via Electronic Mail<br>John Michael Landry<br>Sheppard Mullin Richter & Hampton<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398 |

|  |  |
|---|---|
| Via Electronic Mail<br>Jason Kenneth Kellogg<br>Levine Kellogg Lehman Schneider &<br>Grossman<br>Miami Tower<br>100 SE 2nd Street, 36th Floor<br>Miami, FL 33131<br>305-403-8788<br>jk@lklsg.com | jlandry@sheppardmullin.com<br>Via Electronic Mail<br>Madalyn Annabel Macarr<br>Sheppard Mullin Richter & Hampton 333 S.<br>Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>mmacarr@sheppardmullin.com |
| Via Electronic Mail<br>Jason M. Lindner<br>Stueve Siegel Hanson LLP<br>550 West C Street, Suite 610<br>San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>lindner@stuevesiegel.com(Inactive) |  |
| Via Electronic Mail<br>Marcelo Diaz-Cortes<br>Levine Kellogg Lehman Schneider &<br>Grossman LLP<br>Miami Tower<br>100 SE 2nd Street, 36th Floor<br>Miami, FL 33131<br>305-403-8788<br>md@lklsg.com |  |
| Via Electronic Mail<br>Matthew Whitacre Reiser<br>Reiser Law PC<br>1475 North Broadway, Suite 300<br>Walnut Creek, CA 94596<br>925-256-0400<br>matthew@reiserlaw.com |  |
| Via Electronic Mail<br>Michael J Reiser<br>Law Office of Michael Reiser<br>961 Ygnacio Valley Road<br>Walnut Creek, CA 94596<br>925-256-0400<br>925-476-0304<br>michael@reiserlaw.com<br><br>*Counsel for Plaintiffs Victoria J. Wilson*<br>Via Electronic Mail<br>Levine Kellogg Lehman Schneider Grossman<br>Miami Tower |  |

| | |
|---|---|
| 100 SE 2nd Street, 36th Floor<br>Miami, FL 33131<br>305-403-8788<br>305-403-8789<br>vjw@lklsg.com | |

**U.S. District Court Southern District of New York**
**Statistica Capital Ltd. et al v. Signature Bank,  Case No. 1:23-cv-00993**

| | |
|---|---|
| *Counsel for Plaintiffs, Statistica Capital Ltd., and Statistica Ltd*<br><div align="right">Via Electronic Mail</div>Caroline Emhardt<br>2341 Jefferson St, Ste 200<br>San Diego, CA 92110<br>619-215-1741<br>Email: caroline@fitzgeraldjoseph.com<br><div align="right">Via Electronic Mail</div>James Davis<br>Blood Hurst & O'Reardon<br>501 W Broadway, Ste 1490<br>San Diego, CA 92101<br>619-338-1100<br>Email: jdavis@bholaw.com<br><div align="right">Via Electronic Mail</div>Melanie Rae Persinger<br>Fitzgerald Joseph LLP<br>2341 Jefferson St., Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>Email: melanie@fitzgeraldjoseph.com<br><div align="right">Via Electronic Mail</div>Paul K Joseph<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street. Ste 200<br>San Diego, CA 92110<br>619-215-1741<br>Email: paul@fitzgeraldjoseph.com<br><br><div align="right">Via Electronic Mail</div>Thomas J. O'Reardon , II<br>Blood Hurst & O'reardon, LLP<br>600 B Street, Suite 1550<br>San Diego, CA 92101<br>(619)-338-1100<br>Fax: (619)-338-1101<br>Email: toreardon@bholaw.com<br><div align="right">Via Electronic Mail</div> | *Counsel for Defendant, Signature Bank*<br>Elizabeth M. Sacksteder<br><div align="right">Via Electronic Mail</div>Paul Weiss (NY)<br>1285 Avenue of the Americas<br>New York, NY 10019<br>212-373-3000<br>Fax: 212-757-3990<br>Email: esacksteder@paulweiss.com<br><div align="right">Via Electronic Mail</div>H. Christopher Boehning<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>212-373-3061<br>Fax: 212-757-3990<br>Email: cboehning@paulweiss.com<br><div align="right">Via Electronic Mail</div>Jessica Sombat Carey<br>Paul Weiss (NY)<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212)-373-3566<br>Fax: (212)-492-0566<br>Email: jcarey@paulweiss.com |

| | |
|---|---|
| Timothy Gordon Blood<br>Blood Hurst & O'Reardon LLP<br>600 B Street Suite 1550<br>San Diego, CA 92101<br>619-338-1100<br>Fax: 619-338-1101<br>Email: tblood@bholaw.com<br><div align="right">Via Electronic Mail</div>Trevor Flynn<br>Fitzgerald Joseph, LLP<br>2341 Jefferson Street, Ste 200<br>San Diego, CA 92110<br>619-215-1741<br>Email: trevor@fitzgeraldjoseph.com<br><div align="right">Via Electronic Mail</div>John Joseph Fitzgerald , IV<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>Fax: 619-331-2943<br>Email: jack@fitzgeraldjoseph.com | |
| **United States District Court for the District of New Jersey**<br>**Lucky D., et al. v. Prager Metis, LLP, Case No. 2:23-cv-00389** | |
| *Counsel for Plaintiffs*<br><div align="right">Via Electronic Mail</div>ANTHONY SCORDO<br>1425 POMPTON AVENUE<br>CEDAR GROVE, NJ 07009<br>973 837-1861<br>Email: anthonyscordo@msn.com | *Counsel for Prager Metis CPAs, LLC:*<br><div align="right">Via Electronic Mail</div>Meredith Kaplan Stoma<br>Lewis Brisbois Bisgaard & Smith LLP<br>Newark<br>1 Riverfront Plaza, Suite 800<br>Newark, NJ 07102<br>(973) 577-6260<br>Email: meredith.stoma@lewisbrisbois.com<br><div align="right">Via Electronic Mail</div>Peter Thomas Shapiro<br>Lewis Brisbois Bisgaard & Smith LLP<br>77 Water St., Suite 2100<br>New York, NY 10005<br>(212) 232-1322<br>Fax: (212) 232-1399<br>Email: peter.shapiro@lewisbrisbois.com<br><div align="right">Via Electronic Mail</div>Amy Canning<br>Lewis Brisbois Bisgaard & Smith LLP<br>Newark |

| | |
|---|---|
| | 1 Riverfront Plaza, Suite 800 |
| | Newark, NJ 07102 |
| | 203-722-3105 |
| | Email: amiecanning@gmail.com |
| | <div align="right">Via Electronic Mail</div> |
| | Bruce Roger Braun |
| | Sidley Austin LLP |
| | One S. Dearborn |
| | Chicago, Il 60603 |
| | 312-853-7000 |
| | 312-853-7036 |
| | bbraun@sidley.com |
| | <div align="right">Via Electronic Mail</div> |
| | Joanna Rubin Travalini |
| | Sidley Austin LLP |
| | One South Dearborn Street |
| | Chicago, IL 60603 |
| | 312-853-2077 |
| | jtravalini@sidley.com |
| | <div align="right">Via Electronic Mail</div> |
| | Sarah Alison Hemmendinger |
| | Sidley Austin LLP |
| | 555 California Street, Suite 2000 |
| | San Francisco, CA 94104 |
| | 415-772-7413 |
| | 415-772-7400 |
| | shemmendinger@sidley.com |
| | <div align="right">Via Electronic Mail</div> |
| | Tommy Hoyt |
| | Sidley Austin LLP |
| | One S. Dearborn Street |
| | Chicago, IL 60603 |
| | 312-853-0914 |
| | 312-853-7036 |
| | thoyt@sidley.com |
| | <div align="right">Via Electronic Mail</div> |
| | Irene Yang |
| | Sidley Austin LLP |
| | 555 California St |
| | San Francisco, CA |
| | (415) 772-1230 |
| | irene.yang@sidley.com |
| | |
| | *Counsel for* ARMANINO LLC |
| | <div align="right">Via Electronic Mail</div> |

<table>
<tr><td></td><td>

**Justin Taylor Quinn**
Robinson Miller LLC
Ironside Newark
110 Edison Place, Suite 302
Newark, NJ 07102
973-690-5400
Email: jquinn@rwmlegal.com

<div align="right">Via Electronic Mail</div>

Torsten Michael Kracht
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
202419-2149
Email: tkracht@HuntonAK.com

</td></tr>
</table>

Dated: March 17, 2023             Respectfully submitted,

**By:** *_/s/ Adam Moskowitz_____*
Adam M. Moskowitz
Joseph M. Kaye
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com

**By:** *_/s/ David Boies_*
David Boies
Alex Boies
Brooke Alexander
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Phone: (914) 749–8200
dboies@bsfllp.com

**By:** *_/s/ Stephen Neal Zack_*
Stephen Neal Zack
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com

**By: */s/Jose M. Ferrer***
Jose M. Ferrer
**MARK MIGDAL & HAYDEN**
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130
Telephone: (305) 374-0440
jose@markmigdal.com
eservice@markmigdal.com

*Co-Counsel for Petitioners, Edwin Garrison, Gregg Podalsky, Skyler Lindeen, Alexander Chernyavksy, Sunil Kavuri, Gary Gallant, and David Nicol*